IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT-VIRGINIA

MARK LOWE,
Petitioner,

    v. Case 3:20cv390

Harold Clarke - Director
Department of Corrections,

and

Major David Hamlett
Baskerville Corrections

........................................................

APPENDIX

| | |
|---|---|
| 1. June 18, 2019 - Department of Corrections Policy – Blankets: | EXHIBIT 1 |
| 2. March 9, 2020 Complaint - frequent searches | EXHIBIT 2 |
| 3. March 3, 2020 Complaint - frequent searches | EXHIBIT 3 |
| 4. February 6, 2020 - Complaint - Military tactics | EXHIBIT 4 |
| 5. January 29, 2020 - Incentive Programs | EXHIBIT 5 |
| 6. January 29, 2020 - Complaint light dimmers | EXHIBIT 6 |
| 7. January 30, 2020 - Complaint - rescinded policy 841.7 | EXHIBIT 7 |
| 8. April 7, 2019 Complaint delayed response by staff | EXHIBIT 8 |
| 10. December 8, 2017 - Institutional Classification Authority Hearing Notification Form | EXHIBIT 9 |
| 11. November 15, 2019 - frequent searches/ sleep deprivation | EXHIBIT 10 |
| 12. September 26, 2019 denial of prescription meds/toilet tissue | EXHIBIT 11 |
| 13. November 6, 2018 - Disciplinary Offense Report | EXHIBIT 12 |
| 14. July 2, 2020 - Complaint disable ventilation and water | EXHIBIT 13 |
| 50. April 1, 2020 - Memorandum Harold Clarke Director COVID-19 | EXHIBIT 14 |
| 51. July 31, 2020 - permanent injury VCU Medical Center | EXHIBIT 15 |

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT-VIRGINIA

MARK LOWE,
Petitioner,

    v. Case 3:20cv390

Harold Clarke - Director
Department of Corrections,

and

Major David Hamlett
Baskerville Corrections

-----------------------------------------------------------

APPENDIX

1. June 18, 2019 - Department of Corrections Policy – Blankets:
2. March 9, 2020 Complaint - frequent searches
3. March 3, 2020 Complaint - frequent searches
4. February 6, 2020 - Complaint - Military tactics
5. January 29, 2020 - Incentive Programs
6. January 29, 2020 - Complaint light dimmers
7. January 30, 2020 - Complaint - rescinded policy 841.7
8. April 7, 2019 Complaint delayed response by staff
10. December 8, 2017 - Institutional Classification Authority Hearing Notification Form
11. November 15, 2019 - frequent searches/ sleep deprivation
12. September 26, 2019 denial of prescription meds/toilet tissue
13. November 6, 2018 - Disciplinary Offense Report
14. July 2, 2020 - Complaint disable ventilation and water
50. April 1, 2020 - Memorandum Harold Clarke Director COVID-19
51. July 31, 2020 - permanent injury VCU Medical Center