**EXHIBIT 1**



**VIRGINIA DEPARTMENT OF CORRECTIONS**
**Institutional Property Matrix - Males**

Effective Date: November 1, 2018
**Operating Procedure 802.1    Attachment 2**

## Institutional Property Matrix - Males

| Item | Description | RH=Restrictive Housing Unit, Step Down 1, Step Down 2; SHU=Special Housing Unit; JI=Jail Intake | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | W/1 | 2 | 3 | 4 | 5 | 6 | S | RH/SHU | JI |
| **State Issue - Minimum State Issue** | | | | | | | | | | |
| Identification Card | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| Shirt | Outside Workers, Orange Collar | 3 | 3 | 3 | 3 | 3 | | | | 3 |
| Pants | Outside Workers, Orange Stripe | 3 | 3 | 3 | 3 | 3 | | | | 3 |
| Shoes, pair | Work, low quarter, or canvas | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Undershorts | White | 3 | 3 | 3 | 3 | 3 | | | | 3 |
| Undershirts/T-shirts | White/ Orange | 3 | 3 | 3 | 3 | 3 | | | | |
| Socks | White | 3 | 3 | 3 | 3 | 3 | 1 | 1 | 1 | 3 |
| Cap | Facility option | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| Jacket or coat | Seasonal | 1 | 1 | 1 | 1 | 1 | | | | 1 |
| Long underwear | White, Facility option | 2 | 2 | 2 | 2 | 2 | 1 | 1 | | 2 |
| Belt | Facility option | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 1 |
| Clothing | Jump suit or scrubs | | | | | | 1 | 1 | 1 | |
| Underwear | Shorts or long, Facility option | | | | | | 1 | 1 | 1 | |
| Shower shoes | | | | | | | 1 | 1 | 1 | |
| Jacket | Outdoor exercise only, seasonal | | | | | | 1 | 1 | 1 | |
| Security toothbrush | | | | | | | 1 | 1 | 1 | |
| Security writing pen | | | | | | | 1 | 1 | 1 | |
| Security razor | Issued during shaving only | | | | | | 1 | 1 | 1 | |
| **Linens and Blankets - Minimum State Issue** | | | | | | | | | | |
| Mattress | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Pillow | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Sheets | White | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Pillow case | White | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Bath towel | White | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Wash cloth | White | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Hand towel | White, Facility option | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 1 |
| Blanket | Second blanket Facility option | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Laundry bag | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| Commissary bag | Facility option | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| **Arts/ Crafts Items** | | | | | | | | | | |

*Revision Date: 6/18/19*

**EXHIBIT 2**

VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_4-17

## REGULAR GRIEVANCE

Log Number: _____

| | | | |
|---|---|---|---|
| Lowe   Mark | 1489162 | 3A-7 | |
| **Last Name, First** | **Number** | **Building** | **Cell/Bed Number** |
| LT Thomas and Osborne | | 1  3-9-2020 | |
| **Individuals Involved in Incident** | | **Date/ Time of Incident** | |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process:  Attach Informal Complaint response or other documentation of informal process.) LT Thomas's staff frequently searches my living area while there. The searches are intended as harassment. On March 9, 2020 the staff searched my living area without my presence. Items were either placed in the living area or removed without a confiscation form. LT Thomas and her staff harass me because I am not involved in the trade of contraband. My prior informal complaint regarding LT Thomas was not responded to by the staff.

**What action do you want taken?** I am not safe. Take corrective action

**Grievant's Signature:** _____

RECEIVED
MAR 1 0 2020
Baskerville Grievance
Department

**Date:** 3-9-2020

**Warden/Superintendent's Office:** _____
**Date Received:** 3-10-2020

1 of 2

Revision Date: 4/28/17

**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

**Regular Grievance** 866_F1_4-17

**INSTRUCTIONS FOR FILING**: You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the facility Grievance Office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

| | |
|---|---|
| **INTAKE:** | Grievances should be accepted for logging unless returned for the following reason(s): |
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1.<br>☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline*.<br>☐ Matters beyond the control of the Department of Corrections |
| ☐ | Does not affect you personally (This issue did not cause you personal loss or harm) |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☐ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: |
| ☑ | Informal Procedure. You have not used the informal process to <u>resolve</u> your complaint |
| ☐ | Request for services |
| ☐ | Insufficient Information (Not to include Medical). You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: _____ |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |

Institutional Ombudsman/Grievance Coordinator: *(signature)*    Date: 3-10-2020

| | |
|---|---|
| **If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.** | |
| Regional Review of Intake (within 5 working days of receipt) | |
| ☐ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure*. |
| ☐ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: _____    Date: _____

**WITHDRAWAL OF GRIEVANCE:** I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: _____    Date: _____

Staff Witness: _____    Date: _____

*Revision Date: 4/28/17*

VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_4-17

# REGULAR GRIEVANCE

Log Number: _____

| Lowe Mark | 1489162 | 3A-7 | |
|---|---|---|---|
| **Last Name, First** | **Number** | **Building** | **Cell/Bed Number** |
| LT Thomas and Osborne | 7:30 am 1-3-3-20 | | |
| **Individuals Involved in Incident** | **Date/ Time of Incident** | | |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process:  Attach Informal Complaint response or other documentation of informal process.) When LT Thomas is on duty, my living area is frequently searched. On November 11, 2019 officer Jordon searched my living area between the hours of 12:00 am and 3 am for 'toilet paper'. I was searched again on December 22, 2019 at 8:15 p.m. One of the searches occured on March 3, 2020 at 7:30 am. The officers know I am not involved in contraband. However, I am searched during non-standard hours. The other prisoners are not searched during these incidents. Please provide me the same protection LT Thomas provides drug dealers. Stop harassing me and searching me without cause, BACC 20-INF 00198

**What action do you want taken?** Stop harassing me and searching me without cause during non standard hours, provide the same protection LT Thomas provides drug dealers

RECEIVED

APR 14 2020

Ombudsman Services Unit
Central Region

Grievant's Signature: _____

Warden/Superintendent's Office: _____   Date: 3-17-20

Date Received: 3-16-2020

RECEIVED

MAR 16 2020

Baskerville Grievance
Department

Revision Date: 4/28/17

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_4-17.

**INSTRUCTIONS FOR FILING:** You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the facility Grievance Office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

**INTAKE:** Grievances should be accepted for logging unless returned for the following reason(s):

| | |
|---|---|
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1. ☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline.* ☐ Matters beyond the control of the Department of Corrections |
| ☐ | Does not affect you personally (This issue did not cause you personal loss or harm) |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☐ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: |
| ☐ | Informal Procedure. You have not used the informal process to resolve your complaint |
| ☑ | Request for services |
| ☐ | Insufficient Information (Not to include Medical). You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: _____ |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |

RECEIVED APR 14 2020 Ombudsman Services Unit

Institutional Ombudsman/Grievance Coordinator: _(signature)_   Date: 3-16-2020

**If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.**

Regional Review of Intake (within 5 working days of receipt)

| | |
|---|---|
| ☐ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure.* |
| ☑ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: S. Mae-Willis   Date: 4/14/2020

**WITHDRAWAL OF GRIEVANCE:** I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: _____   Date: _____

Staff Witness: _____   Date: _____

VIRGINIA
DEPARTMENT OF CORRECTIONS

Informal Complaint 866_F3_4-17

## Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.
**An Informal Complaint is not required for an alleged incident of sexual abuse.**

| Mark Lowe | 1489162 | 3A-7 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

| | 7:50am  3-3-2020 |
|---|---|
| Individuals Involved in Incident | Date/ Time of Incident |

- ☐ Unit Manager/Supervisor ☐ Food Service ☐ Institutional Program Manager
- ☐ Personal Property ☐ Commissary ☐ Mailroom
- ☐ Medical Administrator ☑ Other (Please Specify): _Cpt Butcher_

Briefly explain the nature of your complaint (be specific):

The security staff searched and seized property from my living area without my presence. My living area is frequently searched when LT Thomas is on duty. Please acknowledge the problem of retaliatory searches and take corrective action. My past complaint about LT Thomas was not responded to by staff.

Offender Signature _M R_         Date _3-3-20_

**Offenders - Do Not Write Below This Line**

Date Received: _3-10-2020_                Tracking # _BACC-20-INF-00198_
Response Due: _3-25-2020_    Assigned to: _Capt Butcher_
Action Taken/Response:

RECEIVED
MAR 10 2020
_____ Department

This is a security issue... Per policy random searches are to be conducted daily.

RECEIVED
APR 14 2020
Ombudsman Services Unit
Central Region

| T. F. Thomas | T. F. Thomas | 3/10/2020 |
|---|---|---|
| Respondent/Signature | Printed Name and Title | Date |

**WITHDRAWAL OF INFORMAL COMPLAINT:**
I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____

RECEIVED
MAR 16 2020
Baskerville Grievance
Department

Date: _____

Staff Witness Signature: _____        Date: _____

_Revision Date: 4/28/17_

Mark Lowe 1489162
Buskerville Correctional
Center
4150 Hayes Mill Road
Baskerville Va 23915

March 17, 2020

Regional Ombudsman
Dept of corrections
9508-A Hull Street Road
North Chesterfield Va 23236

Subject: LT Thomas

To Whom it May Concern,

LT Thomas has made a habt of horrassing prisoner
1489162, The LT Thomas Officer denied diabetic
meals, The Officer required subordinates to
search my living area in retaliation for constitutional
claims and objections to cruel and unusual
treatment,

   Please take corrective action

                    sincerely

**RECEIVED**

APR 1 4 2020

Ombudsman Services Unit
Central Region

**EXHIBIT 3**

Mark Leave 1489162
Buskerville Correctional Center
4150 Hayes Mill Road
Baskerville Va 23915

January 1, 2020

Regional Ombudsman
Dept of Corrections
9503-A Hull Street Road
North Chesterfield, V. 23236

Subject: Complaint Baskerville Corrections

To Whom It May Concern,

The mandate which Baskerville Correctional Center operates under requires the administrative staff to maintain a constitutional complaint Department and comport or operate within the limits of the U.S. Constitution.

During the last 90 days the administrative staff has implemented unconstitutional policies. The policies have not been tested or vetted for compliance with the law. Please cease and desist.

Please process this in compliance with the Prison Litigation Reform Act.

Sincerely

RECEIVED
FEB 06 2020
Ombudsman Services Unit
Central Region

I certify pursuant to 28 U.S.C § 1746, this letter was sent via the prison mail system on January 1, 2020

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_FI_1-13

## REGULAR GRIEVANCE   RECEIVED

FEB 06 2020

Log Number: _____

Ombudsman Services Unit
Central Region

| Last Name | First | Number | Building | Cell/Bed Number |
|-----------|-------|--------|----------|-----------------|
| Lowe | Mark | 1489162 | 3A-7 | 3A-7 |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) There is no published incentive program at Baskerville Corrections. I have been incarcerated for over 5 years with no charges or violations. The staff refuses to transfer me to building 3B. 3B is a living area where incentives are given to prisoners who are segregated through a unknown process. White Jews and other ethnic groups are given preferential treatment in violation of my 8th amendment and 14th amendment rights. the staff is currently implementing sleep deprivation tactics in the general population. Sleep deprivation has an adverse affect upon me. Please have me in an area where my rights are not violated. BACC-INF-00049

**What action do you want taken?** Cease and desist and/or transfer me to a 'safe area' where prisoners are not attacked by staff. No response was given in the INF

RECEIVED

FEB 06 2020

Ombudsman Services Unit
Central Region

**Grievant's Signature:** _____   **Date:** January 23, 2020

**Warden/Superintendent's Office:** _____

RECEIVED

JAN 29 2020

Baskerville Grievance
Department

**Date Received:** 1-29-2020

1 of 2

*Revision Date: 1/14/13*

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_1-13

**INSTRUCTIONS FOR FILING**: You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the Warden/Superintendent's office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

| | | |
|---|---|---|
| **INTAKE:** | | Grievances should be accepted for logging unless returned for the following reason(s): |
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1. | |
| | ☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline*. | |
| | ☐ Matters beyond the control of the Department of Corrections | |
| ☐ | Does not affect you personally (This issue did not cause you personal loss or harm) | |
| ☐ | Limited. You have been limited by the Warden/Superintendent | |
| ☐ | More than one issue – resubmit with only one issue | |
| ☐ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. | |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # | |
| ☐ | Inquiry on behalf of other offenders. | |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. | |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* | |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. | |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: | |
| ☑ | Informal Procedure. You have not used the informal process to <u>resolve</u> your complaint | |
| ☐ | Request for services | |
| ☐ | Insufficient Information. You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: _____ | |
| ☐ | The issue in the grievance is different from the issue in the informal complaint | |

Institutional Ombudsman/Grievance Coordinator: _*GBugg*_    Date: _1-29-2020_

**If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.**

| | |
|---|---|
| Regional Review of Intake (within 5 working days of receipt) | |
| ☑ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure*. |
| ☐ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: _S. Moe-Wilk_    Date: _2/6/2020_

**WITHDRAWAL OF GRIEVANCE:** I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: _____    Date: _____

Staff Witness: _____    Date: _____

RECEIVED
FEB 06 2020
Ombudsman Ser...

Mark Louse- 1489162
Basterville Correctional Couch
4150 Hayes Mill Road
Basterville Va 23915

January 20, 2020

Regional Ombudsman
Dept of Corrections
9503-A Hull Street Road
Richmond, Va 23236

RECEIVED

FEB 06 2020

Ombudsman Services Unit
Central Region

Subject: Sleep Deprivation

To Whom it May Concern.

The local Basterville Administration implemented a 24hr lighting policy which causes sleep deprivation. Although the staff used dimmers for the prior 8 years, the staff has chosen to stop.

24 hr illumination is a violation of my 8th Amendment Rights, cruel, unusual, and not rational. The action is a violation of Federal Law citing Keenan v. Hall, 83 F.3d 1083, 1091 (9th Cir. 198 and Le Maire v. Maass, 745 F. Supp. 623, 636 (D. Or. 1990)

I have been injured by the wanton indifference of staff. Please cease and desist. The staff has failed to follow the grievance policy.

Sincerely

**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

Informal Complaint 866_F3_4-17

## Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.
**An Informal Complaint is not required for an alleged incident of sexual abuse.**

Offender Name: _Mark Lowe_

Offender Number: _1489162_

Housing Assignment: _3A-7_

Individuals Involved in Incident: _Warden_

Date/ Time of Incident: _12-24-19_

- [ ] Unit Manager/Supervisor
- [ ] Personal Property
- [ ] Medical Administrator
- [ ] Food Service
- [ ] Commissary
- [x] Other (Please Specify): _Assist_ _Warden_
- [ ] Institutional Program Manager
- [ ] Mailroom

Briefly explain the nature of your complaint (be specific):

_I am entitled to a minimum mandatory (1) one hour of outside exercise per day. However, on December 24, 2019 the administrative staff denied exercise and violated my constitutional rights under the 8th amendment of the United States Constitution. There were no security incidents or concerns._

Offender Signature: _ML_    Date _12-24-19_

### Offenders - Do Not Write Below This Line

Date Received: _12/27/19_

Response Due: _1/11/20_

Action Taken/Response:

Tracking #: _BRCC-19-INF-00-921_

Assigned to: _Major Hamlette_

_It was raining on the date in question outside recreation was cancelled due to inclement weather._

Respondent Signature: _ML Hamlette_

Printed Name and Title: _D Hamlette Maj_

Date: _01-13-2020_

### WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____   Date: _____

Staff Witness Signature: _____   Date: _____

Revision Date: 4/28/17

**EXHIBIT 4**

VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 856_F1_1-13

# REGULAR GRIEVANCE

Log Number: _____

| Last Name | First | Number | Building | Cell/Bed Number |
|-----------|-------|--------|----------|-----------------|
| Lowe | Mark | 1489162 | 3A-7 | 7 |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) During the last 90 days, the Baskerville Administration has implemented enhanced military tactics through security and under the color of law. The tactics have included sleep deprivation; (2) denial of outside recreation; (3) denial of food. Please take action to protect my health and welfare, and human rights from the administrators planning the modifications. It is unlawful to institutionalize the changes described above. BACC-19-00920

RECEIVED
FEB 0 6 2020
Ombudsman Services Unit
Central Region

**What action do you want taken?**   Cease and desist

**Grievant's Signature:** _____   **Date:** 12-31-19

**Warden/Superintendent's Office:** _____

**Date Received:** _____

RECEIVED
DEC 3 1 2019
Baskerville Grievance
Department

1 of 2

Revision Date: 1/14/13

VIRGINIA
DEPARTMENT OF CORRECTIONS                                    Informal Complaint 866_F3_4-17

## Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.
**An Informal Complaint is not required for an alleged incident of sexual abuse.**

Mark Lowe                          1489162                          3A-7
Offender Name                      Offender Number                  Housing Assignment

Baskerville Administrative staff                          December 24, 2019
Individuals Involved in Incident                          Date/ Time of Incident

- [ ] Unit Manager/Supervisor        - [ ] Food Service            - [ ] Institutional Program Manager
- [ ] Personal Property              - [ ] Commissary              - [ ] Mailroom
- [ ] Medical Administrator          - [x] Other (Please Specify): Assist Warden

Briefly explain the nature of your complaint (be specific):

During the last (90) ninety days, the Baskerville Administration has implemented enhanced military tactics through security and under the color of law. The tactics have included the unlawful and unauthorized practice of (1) sleep deprivation through count tactics; (2) denial of outside recreation for (1) hour per day; (3) denial of food. Please take action to protect my health, welfare, and human rights from the administrators.

Offender Signature _____     Date 12-24-19

#### Offenders - Do Not Write Below This Line

Date Received: 12/27/19

Response Due: 1/11/20                    Tracking # BACC-19-INF-00920

Action Taken/Response: Grievance to: Ms. Boone

[stamp: RECEIVED DEC 27 2019 Baskerville Grievance Department]

I have discussed your concern with Ms Boone. There has been no effort by BACC staff to deny you sleep, recreation, or food. You are only required to stand for count at formal count times. Meals are served in the Dining Hall 3 times per day (Breakfast, Lunch, and Dinner).

[stamp: RECEIVED FEB 06 2020 Ombudsman Services Unit Central Region]

_____                 G. Bugg  Op. Mgr
Respondent Signature                     Printed Name and Title

**WITHDRAWAL OF INFORMAL COMPLAINT:**
I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____          Date: _____

Staff Witness Signature: _____     Date: _____

[stamp: RECEIVED DEC 31 2019 Baskerville Grievance Department]

Revision Date: 4/28/17

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_1-13

**INSTRUCTIONS FOR FILING:** You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the Warden/Superintendent's office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

**INTAKE:** Grievances should be accepted for logging unless returned for the following reason(s):

| | | |
|---|---|---|
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1. | |
| | ☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline*. | |
| | ☐ Matters beyond the control of the Department of Corrections | |
| ☑ | Does not affect you personally (This issue did not cause you personal loss or harm) | |
| ☐ | Limited. You have been limited by the Warden/Superintendent | |
| ☐ | More than one issue – resubmit with only one issue | |
| ☐ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. | |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # | |
| ☐ | Inquiry on behalf of other offenders. | |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. | |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* | |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. | |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to | |
| ☐ | Informal Procedure. You have not used the informal process to <u>resolve</u> your complaint | |
| ☐ | Request for services | |
| ☐ | Insufficient Information. You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: _____ | |
| ☐ | The issue in the grievance is different from the issue in the informal complaint | |

*RECEIVED FEB 06 2020 Ombudsman Services Unit Central Region*

Institutional Ombudsman/Grievance Coordinator: *GBuss*  Date: *12-31-19*

**If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.**

Regional Review of Intake (within 5 working days of receipt)

| | |
|---|---|
| ☑ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure*. |
| ☐ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: *S. Moe-Willer*  Date: *2/6/2020*

**WITHDRAWAL OF GRIEVANCE:** I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: _____  Date: _____

Staff Witness: _____  Date: _____

**EXHIBIT 5**



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Informal Complaint** 866_F3_4-17

# Informal Complaint

**INSTRUCTIONS FOR FILING**: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.
**An Informal Complaint is not required for an alleged incident of sexual abuse.**

| Mark Lowe | 1489162 | BA-7 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

1-17-18-20
Date/ Time of Incident

Individuals Involved in Incident

- [✓] Unit Manager/Supervisor
- [ ] Personal Property
- [ ] Medical Administrator
- [ ] Food Service
- [ ] Commissary
- [ ] Other (Please Specify): _____
- [ ] Institutional Program Manager
- [ ] Mailroom

Briefly explain the nature of your complaint (be specific):

The Baskerville Administrative staff suspended all incentive programs. The Baskerville Administrative staff implemented a caste housing system in place of the incentive programs. The staff violate protected constitutional rights within a institutional classification system. It is unconstitutional to house and violate prisoners rights based on a classification system. I have been denied recreation, food, sleep etc.... The staff is currently implementing sleep deprivation

Offender Signature _ML_      Date _1-13-20_

---

**Offenders - Do Not Write Below This Line**

Date Received: _1-24-2020_                 Tracking # _BKCC20-INF-00047_
Response Due: _2-8-2020_        Assigned to: _M. Robinson_
Action Taken/Response:

_____

_____

_____

_____

_____

_____

_____

| Respondent Signature | Printed Name and Title | Date |
|---|---|---|

**WITHDRAWAL OF INFORMAL COMPLAINT:**
I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _ML_      Date: _2-2-20_

Staff Witness Signature: _____      Date: _2/3/2020_

RECEIVED
JAN 2020

Revision Date: 1/28/10

There is "no legitimate penological justification for requiring [inmates]
to suffer physical and psychological harm by living in constant
illumination." Keenan v. Hall, 83 F.3d 1083, 1091 (4th Cir. i)
Le Maire v. Maass, 12 F.3d 1444 (9th Cir. 1993)
Constant lighting prevented inmates from sleeping
unconstitutional



VIRGINIA
DEPARTMENT OF CORRECTIONS

Informal Complaint 866_F2_4-17

# Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.
**An Informal Complaint is not required for an alleged incident of sexual abuse.**

Offender Name: _Mark Lowe_    Offender Number: _1489162_    Housing Assignment: _3 A - 7_

Date/ Time of Incident: _1-7-18-20_

Individuals Involved in Incident

- [x] Unit Manager/Supervisor
- [x] Personal Property
- [ ] Medical Administrator
- [ ] Food Service
- [ ] Commissary
- [ ] Other (Please Specify): _____
- [ ] Institutional Program Manager
- [ ] Mailroom

Briefly explain the nature of your complaint (be specific):

The Baskerville Administrative staff suspended all incentive programs. The Baskerville Administrative staff implemented a caste housing system in place of the incentive programs. The staff violates protected constitutional rights within a institutional classification system. It is unconstitutional to house and violate prisoners rights based on a classification system. I have been denied recreation, food, sleep etc... The staff is currently implementing sleep deprivation

Offender Signature ____ML____   Date _1-18-20_

### Offenders - Do Not Write Below This Line

Date Received: _1-24-2020_

Response Due: _2-8-2020_

Tracking # _BKCC20-INF-000A1_

Assigned to: _Mb. Robinson_

Action Taken/Response:

_____
_____
_____
_____
_____
_____
_____

Respondent Signature _____   Printed Name and Title _____   Date _____

**WITHDRAWAL OF INFORMAL COMPLAINT:**
I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____   Date: _2-2-20_

Staff Witness Signature: _____   Date: _2/3/2020_

RECEIVED
JAN 24 2020

Revision Date: 4/28/17



**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

**Regular Grievance** 866_F1_1-13

# REGULAR GRIEVANCE

RECEIVED

FEB 0 6 2020

Ombudsman Services Unit
Central Region

Log Number: _____

| Lowe | Mark | 1489162 | 3A-7 | 3A-7 |
|------|------|---------|------|------|
| Last Name | First | Number | Building | Cell/Bed Number |

**WHAT IS YOUR COMPLAINT?  (Provide information from the informal process:  Attach Informal Complaint response or other documentation of informal process.)** There is no published incentive program at Baskerville Corrections. I have been incarcerated for over 5 years with no charges or violations. The staff refuses to transfer me to building 3B. 3B is a living area where incentives are given to prisoners who are segregated through a unknown process. White Jews and other ethnic groups are given preferential treatment in violation of my 8th amendment and 14th amendment rights. The staff is currently implementing sleep deprivation tactics in the general population. Sleep deprivation has an adverse affect upon me. Please house me in an area where my rights are not violated. BACC-INF-00049

**What action do you want taken?** Cease and desist and/or transfer me to a 'safe area' where prisoners are not attacked by staff. No response was given in the INF

RECEIVED

FEB 0 6 2020

Ombudsman Services Unit
Central Region

**Grievant's Signature:** _____  **Date:** January 23, 2020

**Warden/Superintendent's Office:** _____

RECEIVED

JAN 29 2020

Baskerville Grievance
Department

**Date Received:** 1-29-2020

1 of 2

Revision Date: 1/14/1...

**EXHIBIT 6**

Mark Lowe- 1489162
Baskerville Correctional Cente
4150 Hayes Mill Road
Baskerville Va 23915

January 20, 2020

Regional Ombudsman
Dept of Corrections
9503-A Hull Street Road
Richmond, Va 23230

RECEIVED

FEB 06 2020

Ombudsman Services Unit
Central Region

Subject: Sleep Deprivation

To Whom it May Concern.

The local Baskerville Administration implemented a 24hr lighting
policy which causes sleep deprivation. Although the staff used
dimmers for the prior 8 years, the staff has chosen to stop.

24 hr illumination is a violation of my 8th Amendment Rights,
cruel, unusual, and not rational. The action is a violation
of Federal Law citing Keenan v. Hall, 83 F.3d 1083, 1091 (9th Cir. 19
and Le Maire v. Maass, 745 F. Supp. 623, 636 (D. Or. 1990.

I have been injured by the wanton indifference of staff. Please
cease and desist. The staff has failed to follow the grievance
policy.

Sincerely



VIRGINIA
DEPARTMENT OF CORRECTIONS

Informal Complaint                                      Informal Complaint 866, F3 4.17

**Informal Complaint**

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance.
You may utilize your receipt as evidence of your attempt to resolve your complaint.
**An Informal Complaint is not required for an alleged incident of sexual abuse.**

| Offender Name | Offender Number | Housing Assignment |
|---|---|---|
| Mark Lane | 1418911.2 | 3A-7 |

| Individuals Involved in Incident | Date/Time of Incident |
|---|---|
| Officer Goode, Officer Deering, Sgt Meeks, Lt Bounnr | 1-18-20 |

Individuals Involved in Incident

☐ Unit Manager/Supervisor
☐ Personal Property
☐ Medical Administrator
☐ Food Service
☐ Commissary
☐ Mailroom
☐ Institutional Program Manager
☒ Other (Please Specify): Warden

the light of change.

Briefly explain the nature of your complaint (be specific): The staff is refusing to fix the light at 3A-7.

On January 18, 2020 Sgt Dave asserted lights all to remain on all the time (night and day)
lighting policy on January 18, 2020 Officer Goode refused Richard's or released to turn
the lights off at 10:00pm. It is unlawful to use lighting as torture
or to disrupt sleep. The staff has violated my 8th amendment rights.
I further asserted the prior instructions were a miscommunication. The lights are
Not a security threat. The lights are off in building 3B. I have had less hours of quiet time but
lights out.

Offender Signature _____

**Offenders – Do Not Write Below This Line**

Date Received: 11/22/2020       Tracking #  3ACC-20-INF-00048

Response Due: 8/4/2020

Assigned to: Robinson

Action Taken/Response:

_____

Respondent Signature _____ Printed Name and Title _____ Date _____

**WITHDRAWAL OF INFORMAL COMPLAINT:** I understand that by withdrawing this Informal Complaint,
I wish to voluntarily withdraw this Informal Complaint. I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: [signature]                      Date: 2-2-20

Staff Witness Signature: [signature]                 Date: 2-13-20

Revision Date: 4/28/17

 **VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

**Offender Request** 801_F3_10-17

## Offender Request

**DIRECTIONS**
1. Fill in your Name, Number, Full Housing Assignment
2. Please Print your request; KEEP IT BRIEF
3. Drop in the appropriate Mail Box

4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Lowe | Mark | M | 1489162 | 3A-7 |
| WORK ASSIGNMENT | ASSIGNED COUNSELOR | | TODAY'S DATE | |
| | | | 1-18-20 | |

**TO:** ☐ Unit Manager ☐ Medical ☐ Personal Property ☐ Law Library ☐ Security
☐ Treatment ☐ Mental Health ☐ Education ☐ Enterprise Shop ☐ Accounting
☐ Chaplain ☐ Assistant Warden ☐ Warden ☐ Dental
☑ Other  Warden Bartsdale

**CHECK PURPOSE** ☐ Appointment Request ☐ Question/Statement

The staff has refused to comply with the published lighting policy posted in dorm 3A. On January 17, 2020 the staff (officer Richardson) refused to turn the lights out at 10:00pm. On January 18, 2020 the staff (officer Coole) refused to keep the lights off until 9:30am. It is unlawful to keep full lighting all the time. However, officer Stove asserted lights are to be kept on all the time. The staff is randomly altering the lighting policy for harrasment. The staff is refusing to use the light dimmers. What is the lighting policy?

DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE

## RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: _____ Date: _____

Your complaint is being forward to Sgt. Dove to give me a response to your complaint, to be address.

**Offender seen** ☐ Yes ☐ No

**Official Responding** _____  **Date of Response** 1-28-2020

Revision Date:10/26/17

**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

**Regular Grievance** 866_F1_1-13

**INSTRUCTIONS FOR FILING:** You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the Warden/Superintendent's office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

**INTAKE:** Grievances should be accepted for logging unless returned for the following reason(s):

| | |
|---|---|
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1. ☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline*. ☐ Matters beyond the control of the Department of Corrections |
| ☐ | Does not affect you personally (This issue did not cause you personal loss or harm) |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☐ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 OFFENDER DISCIPLINE |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: |
| ☑ | Informal Procedure. You have not used the informal process to resolve your complaint |
| ☐ | Request for services |
| ☐ | Insufficient Information. You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |

*RECEIVED FEB 0 6 2020 Ombud—*

Institutional Ombudsman/Grievance Coordinator: *SBugg*          Date: *1-29-2020*

**If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.**

Regional Review of Intake (within 5 working days of receipt)

| | |
|---|---|
| ☑ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure*. |
| ☐ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: *S. Moe-Wells*          Date: *2 6 2020*

**WITHDRAWAL OF GRIEVANCE:** I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: _____          Date: _____

Staff Witness: _____          Date: _____



**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

Offender Request 801_F3_10-17

# Offender Request

**DIRECTIONS**
1. Fill in your <u>Name</u>, <u>Number</u>, <u>Full</u> <u>Housing</u> <u>Assignment</u>
2. Please <u>Print</u> your request; <u>KEEP IT BRIEF</u>
3. Drop in the appropriate Mail Box

4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Lowe | Mark | M | 1489162 | 3A-7 |
| **WORK ASSIGNMENT** | **ASSIGNED COUNSELOR** | | **TODAY'S DATE** 1-18-20 | |

**TO:** ☐ Unit Manager  ☐ Treatment  ☐ Chaplain  ☑ Other *Warden Barksdale*  ☐ Medical  ☐ Mental Health  ☐ Assistant Warden  ☐ Personal Property  ☐ Education  ☐ Warden  ☐ Law Library  ☐ Enterprise Shop  ☐ Dental  ☐ Security  ☐ Accounting

**CHECK PURPOSE** ☐ Appointment Request  ☐ Question/Statement

The staff has refused to comply with the published lighting policy posted in dorm 3A. On January 17, 2020 the staff (officer Richardson) refused to turn the lights out at 10:00 pm. On January 18, 2020 the staff (officer Cook) refused to keep the lights off until 9:30 am. It is unlawful to keep full lighting all the time. However, Officer Stove asserted lights are to be kept on all the time. The staff is randomly altering the lighting policy for harassment. The staff is refusing to use the light dimmers.
What is the lighting policy?

DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE

## RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: _____ Date: _____

Your Complaint is being forward to Sgt Dove to give me a response to your complaint, to be address.

Offender seen ☐ Yes ☐ No

**Official Responding**

1-28-2020
**Date of Response**

Revision Date: 10/26/17

VIRGINIA
DEPARTMENT OF CORRECTIONS

Informal Complaint 866_F3_4-17

# Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.
**An Informal Complaint is not required for an alleged incident of sexual abuse.**

Offender Name: _Mark Lowe_   Offender Number: _1489162_   Housing Assignment: _3A-7_

Individuals Involved in Incident: _Warden_   Date/Time of Incident: _12-24-19_

☐ Unit Manager/Supervisor    ☐ Food Service    ☐ Institutional Program Manager
☐ Personal Property    ☐ Commissary    ☐ Mailroom
☐ Medical Administrator    ☑ Other (Please Specify): _Assist Warden_

Briefly explain the nature of your complaint (be specific):

_I am entitled to a minimum mandatory (1) one hour of outside exercise per day. However, on December 24, 2019, the administrative staff denied exercise and violated my constitutional rights under the 8th amendment of the United States Constitution. There were no security incidents or concerns._

Offender Signature: _ML_   Date: _12-24-19_

### Offenders – Do Not Write Below This Line

Date Received: _12/27/19_
Response Due: _1/11/20_
Action Taken/Response:

Tracking #: _BRCC-19-INF-00921_
Assigned to: _Major Hamlette_

_It was raining on the date in question outside recreation was cancelled due to inclement weather._

Respondent Signature: _ML Hamlette_   Printed Name and Title: _D Hamlette Maj_   Date: _01-13-2020_

## WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____

Staff Witness Signature: _____   Date: _____

Date: _____

Revision Date: 4/28/17

VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_1-13

# REGULAR GRIEVANCE

Log Number: _____

| Lowe | Mark | 1489162 | 3A7 | 3A7 |
|------|------|---------|-----|-----|
| **Last Name** | **First** | **Number** | **Building** | **Cell/Bed Number** |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process:  Attach Informal Complaint response or other documentation of informal process.) The staff is refusing to use light dimmers as part of an unpublished sleep light deprivation program. The use of full lighting 24 hours per day is unlawful. However, Beaverville has created a segregation system where prisoners are exposed to excess light based on charges or violation of Dept. of Correction rules. The process is ~~unlawful~~ unlawful and a violation of my 8th amendment rights. The staff refuses to move me or stop the sleep deprivation.

BACC -20-INF-00048

**What action do you want taken?** Cease and desist

**Grievant's Signature:** ~signature~                    **Date:** 1-23-20

**Warden/Superintendent's Office:** ~signature~

**Date Received:** 1-29-2020

RECEIVED
JAN 29 2020
...e Grievance
...partment

1 of 2

*Revision Date: 1/14/13*



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_1-13

**INSTRUCTIONS FOR FILING**: You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the Warden/Superintendent's office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

**INTAKE:** Grievances should be accepted for logging unless returned for the following reason(s):

| | |
|---|---|
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1. ☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline.* ☐ Matters beyond the control of the Department of Corrections |
| ☐ | Does not affect you personally (This issue did not cause you personal loss or harm) |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☐ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: _Informal Complaint_ |
| ☑ | Informal Procedure. You have not used the informal process to <u>resolve</u> your complaint _has until 2-8-2020_ |
| ☐ | Request for services _for response SB_ |
| ☐ | Insufficient Information. You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: _____ |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |

Institutional Ombudsman/Grievance Coordinator: _SBush_   Date: _1-29-2020_

**If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.**

Regional Review of Intake (within 5 working days of receipt)

| | |
|---|---|
| ☐ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure.* |
| ☐ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: _____   Date: _____

**WITHDRAWAL OF GRIEVANCE:** I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: _____   Date: _____

Staff Witness: _____   Date: _____

*Revision Date: 1/13/14*



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_4-17

## REGULAR GRIEVANCE

Log Number: _____

| | Number | Building | Cell/Bed Number |
|---|---|---|---|
| _Lowe Mark_ <br> **Last Name, First** | 1489162 | 3AT | 3AT |
| _Boone_ <br> **Individuals Involved in Incident** | **Date/ Time of Incident** <br> 1-23-20 | | |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) _Basherville Administrators have suspended all published incentive programs and began sleep deprivation. Full lighting is maintained for 18-19 hours per day. The staff is violating the 8th amendment rights of prisoners. Some prisoners are segregated in a different housing unit where night lights or dimmers are used. Prisoners are allowed to sleep. The Basherville staff is discriminating against prisoners_

_BACC-20-INF-00047_

**What action do you want taken?** _cease and desist_

**Grievant's Signature:** _[signature]_  **Date:** _1-23-20_

**Warden/Superintendent's Office:** _[signature]_     RECEIVED

**Date Received:** _1-28-2020_     JAN 2 8 2020

Basherville Grievance
Department

Revision Date: 4/28/17



**VIRGINIA
DEPARTMENT OF CORRECTIONS**

**Regular Grievance** 866_F1_4-17

**INSTRUCTIONS FOR FILING:** You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the facility Grievance Office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

**INTAKE:** Grievances should be accepted for logging unless returned for the following reason(s):

| | |
|---|---|
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1. <br> ☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline*. <br> ☐ Matters beyond the control of the Department of Corrections |
| ☐ | Does not affect you personally (This issue did not cause you personal loss or harm) |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☐ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: _Informal Complaint_ |
| ☑ | Informal Procedure. You have not used the informal process to <u>resolve</u> your complaint _has until 2-8-2020_ |
| ☐ | Request for services _for response_ _SB_ |
| ☐ | Insufficient Information (Not to include Medical). You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: _____ |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |

Institutional Ombudsman/Grievance Coordinator: _SBuy_     Date: _1-29-2020_

**If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.**

Regional Review of Intake (within 5 working days of receipt)

| | |
|---|---|
| ☐ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure*. |
| ☐ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: _____     Date: _____

**WITHDRAWAL OF GRIEVANCE:** I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: _____     Date: _____

Staff Witness: _____     Date: _____

    *Revision Date: 4/28/17*

**EXHIBIT 7**



**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

Informal Complaint 866_F3_4-17

## Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.
**An Informal Complaint is not required for an alleged incident of sexual abuse.**

| | | |
|---|---|---|
| _Mark Lowe_ | _1489162_ | _3A-7_ |
| Offender Name | Offender Number | Housing Assignment |
| _Boone_ | | _1-30-20_ |
| Individuals Involved in Incident | | Date/ Time of Incident |

☐ Unit Manager/Supervisor      ☐ Food Service            ☐ Institutional Program Manager
☐ Personal Property            ☐ Commissary              ☐ Mailroom
☐ Medical Administrator        ☒ Other (Please Specify): _Boone_

Briefly explain the nature of your complaint (be specific):

_The Dept of Corrections has rescinded policy #841.7 and does not provide an adequate safe guard to prevent staff and/or administration from violating my 8th Amendment rights. The staff has infringed and used sleep deprivation without medical advice-management or approval from the Dept of Corrections._

(corrected MC) 2-12-20

Offender Signature _ML_                        Date _1-30-20_

---

**Offenders - Do Not Write Below This Line**

**Date Received:** _2-7-2020_         ~~RECEIVED FEB 07 2020~~       **Tracking #** _BACC-20-INF-00130_

**Response Due:** _2-22-2020_        **Assigned to:** _Ms Boone Acu_

**Action Taken/Response:**

_Your complaint has no specific subject or incident. I'm not sure what you are referring to._

_G Bugg_                 _G Bugg, OP Mgr_              _2-11-2020_
Respondent Signature     Printed Name and Title         Date

## WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____      Date: _____

Staff Witness Signature: _____      Date: _____

*Revision Date: 4/28/17*

**EXHIBIT 8**



VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_4-17

# REGULAR GRIEVANCE

Log Number: _____

| | | |
|---|---|---|
| *Lowe Mark* | *1489162* / *3A* | *6* |
| **Last Name, First** | **Number** / **Building** | **Cell/Bed Number** |

*4-7-19 ,*
**Date/ Time of Incident**

**Individuals Involved in Incident**
*LT Thomas and Officer Crutchfield*

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) *On April 7, 2019, Officer Crutchfield and LT Thomas objected to my request for a diabetic tray. The Security staff has no duty or incite into the need. The security staff attempted to implement their medical standards and personal opinion. The security staff used intimidation and the threat of physical force to deny medical trays. The response was delayed until September 4, 2019. The Baskerville staff failed to respond to this incident properly. BAKC-I NF -00 282*

**What action do you want taken?** *Please take corrective action.*

**RECEIVED**

SEP 2 0 2019

Ombudsman Services Unit
Central Region

**Grievant's Signature:** *[signature]*   **Date:** *Sept 5, 2019*

**Warden/Superintendent's Office:** *[signature]*

**Date Received:** *9-9-19*

Revision Date: 4/28/17



**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

**Regular Grievance** 866_F1_4-17

---

**INSTRUCTIONS FOR FILING:** You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the facility Grievance Office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

**INTAKE:** Grievances should be accepted for logging unless returned for the following reason(s):

| | |
|---|---|
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1. ☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline*. ☐ Matters beyond the control of the Department of Corrections |
| ☐ | Does not affect you personally (This issue did not cause you personal loss or harm) |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☑ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. *4-7-19* |
| ☐ | Repetitive. This issue has been grieved previously in Grievance #  *More than 30 days ago* |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: |
| ☐ | Informal Procedure. You have not used the informal process to <u>resolve</u> your complaint |
| ☐ | Request for services |
| ☐ | ~~Insufficient Information (Not to include Medical).~~ You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: _____ |
| ☐ | The issue in the ~~grievance is different~~ from the issue in the informal complaint |

*RECEIVED SEP 20 2019 Ombudsman Services Unit Central Region*

Institutional Ombudsman/Grievance Coordinator: _(signature)_   Date: *9-9-19*

---

**If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.**

**Regional Review of Intake** (within 5 working days of receipt)

| | |
|---|---|
| ☐ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure*. |
| ☑ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: *S. Moe-Willis*   Date: *9/20/19*

---

**WITHDRAWAL OF GRIEVANCE:** I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: _____   Date: _____

Staff Witness: _____   Date: _____

*Revision Date: 4/28/17*



*Capt Butcher*

VIRGINIA DEPARTMENT OF CORRECTIONS
**Informal Complaint**

Effective Date: August 28,2019
Operating Procedure 866.1  Attachment 3

## Informal Complaint

**INSTRUCTIONS FOR FILING:**   Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink.   Only one issue per Informal Complaint. Place your complaint in the designated area at your facility.A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance.
You may utilize your receipt as evidence of your attempt to resolve your complaint.

| Lowe, Mark M | 1489162 | HU3-A-06-T |
|---|---|---|
| Offender Name | DOC# | Housing Assignment |

☐ Unit Manager/Supervisor
☐ Personal Property
☐ Medical Administrator

☐ Food Service
☐ Commissary
☐ Other (Please Specify):

☐ Treatment Program Supervisor
☐ Mailroom

Briefly explain the nature of your complaint (be specific):

Capt. Marks
Offender complaining that the kitchen staff diabetic meals without problem.. On 4-7-19 Lt. Thomas objected to his need for food.  Diabetic trays are beyond the scope for security.  The staff acted immature and harassed offenders with a medical need.

Offender Signature: _____    Date: _____

**Offenders - Do Not Write Below This Line**

Date Received:   04/10/2019                          Grievance #: BACC-19-INF-00282

Response Due: _____       Assigned to: _____

Action Taken/Response: *Per Capt. H. Butcher the diabetic are givin to the Offender by the of dbd service.*

*Capt. L. Butcher*         *Capt L Butcher*              *9-4-19*
Respondent Signature       Printed Name and Title           Date

**WITHDRAWAL OF INFORMAL COMPLAINT:**

I wish to voluntarily withdraw this Informal Compaint. I understand that by withdrawing this Informal Complaint,
I will not receive a response nor will I be able to file any other Informal Complaint or Greivance on this issue.

RECEIVED

SEP 2 0 2019

Ombudsman Services Unit
Central Region

Offender Signature: _____    Date: _____

Staff Witness Signature: _____    Date: _____

**EXHIBIT 9**

**EXHIBIT 10**

**EXHIBIT 11**

Baskerville Va 23915

Warden Barksdale
Baskerville Correctional Center
4150 Hayes Mill Road
Baskerville Va 23915

and

Harold Clarke - Director
Steve Herrick - Director
David Robinson - Chief of Operations
9503-A Hull Street Road

Subject: Prescriptions Mark Lawe 1489162

Attention staff and Administrators!

On or about May 9, 2020, I reported the denial of prescription medication as a result of a confrontation with Major Hamlette. The medications of fiber laxative and DynaRub for arthritis have been denied through this date. Major Hamlette refused to distribute toilet paper.

Security Officers objectives and annual duties do not include forced constipation and denial of arthritis medication. The sarcasm of the incident is overshadowed by the irrational decision to discriminate and harass. All courts have found the decision to discriminate against disable persons or persons in need of medical support is wrong and unlawful. I have requested relief and protection in the proper venue. Please take corrective action and provide the medication. Major Hamlette has chosen to intimidate and harass by focusing on my defication. The decision is perverse and unlawful.

Sincerely

# Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is given during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint. An Informal Complaint is not required for an alleged incident of sexual abuse.

RECEIVED
MAY 0 1 2020
Baskerville Grievance Department

| Offender Name | Offender Number | Housing Assignment |
|---|---|---|
| Mark Lowe | 1489162 | 3.1 |

Date/ Time of Incident: 4-30-2020

Individuals Involved in Incident

- [ ] Unit Manager/Supervisor
- [ ] Personal Property
- [ ] Medical Administrator
- [ ] Food Service
- [ ] Commissary
- [x] Other (Please Specify): Warden
- [ ] Institutional Program Manager
- [ ] Mailroom

Briefly explain the nature of your complaint (be specific):

I am the only person in pod or housing unit 3A which Officer Good and Major Hamlett have instructed the staff to deny toilet paper. White prisoners are given toilet paper as needed. Therefore surveillance system has a record of weekly distribution of toilet paper to all other prisoners. The staff has (1) retaliated against Mark Lowe and (2) irrationally discriminated against Mark Lowe and violated his 14th amendment rights

| Offender Signature | Date |
|---|---|
| M.L. | 4-30-2020 |

**Offenders - Do Not Write Below This Line**

Date Received: 5-1-2020

Response Due: 5-16-2020

Tracking # BACC-20-INF-00339

Assigned to: Major Hamlette

Action Taken/Response:

During a face to face conversation with Offender Lowe, I informed him that toilet paper is passed out on the night shift once a week on Thursday night, but if you run out before the re-issue time day shift will log it in the control room and issue you a roll of toilet paper. If this happens more then once you will need a Doctor's Note

| Respondent Signature | Printed Name and Title | Date |
|---|---|---|
| Maj Hamle | Maj Hamlette | 5-1-2020 |

**WITHDRAWAL OF INFORMAL COMPLAINT:**

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

| Offender Signature: | Date: |
|---|---|
| Staff Witness Signature: | Date: |

Revision Date: 4/28/17



**VIRGINIA DEPARTMENT OF CORRECTIONS**

## Grievance Receipt Report

VACORIS C - #.0
DOC Location: BACC Baskerville Correctional Center
Report generated by Bugg, G E
Report run on 05/12/2020 at 12:10 PM

Grievance Number: <u>BACC-20-INF-00369</u>

Next Action Date: <u>5/27/2020 12:00:00 AM</u>

| On this date: | 05/12/2020 | I have received a statement from: |
|---|---|---|
| Lowe, Mark M | 1489162 of | Baskerville Correctional Center HU3-A-07-B |
| *(Offender Name and DOC#)* | | *(Filed Location and Housing)* |

Setting out the following complaint:

Nurse Harris

Offender says after confronting Major Hamlette, 2 prescriptions were removed from active status. The prior head nurse at Deep Meadow was terminated for tampering with his medical record. Please take corrective action. The prescriptions were renewed at his last annual examination.

| | |
|---|---|
| *(Signature)* | |

Officer Initials: _____

LOWE,MAR 1489162
Fiber-Lax 625mg Tablet
SUB FOR FIBERCON MFG:RUGBY                      QN:30
TAKE 2 TABLET(S) ORALLY ONCE DAILY              OF 60
AS NEEDED WITH 8-16 OZ OF WATER                 ID#237308523
"KOP"

RX# 18007562  DC:04/13/2020
PRESCRIBER:DOAKYE,E MSV
TAN:OBLONG                                       CPC 339
ORE:10/17/2019 DISP:03/12/2020       NDC:00536-4306-05
BK-   BASKERVILLE CORR CENTER          (C)Card
      DIAMOND PHARMACY SERVICES 645 KOLTER INDIANA PA 15701
      800-692-6837 FAX 800-523-0208 501752640  LAUB 145   80

Take This Medicine With A Full Glass Of
Water

---

LOWE,MAR 148916
DynaRub Pain Relief Cream 94.7
SUB FOR BENGAY MFG:DYNAR
APPLY CREAM TOPICALLY TWICE
DAILY AS NEEDED "KOP"

t# 10895802  DC:08/25/2019
PRESCRIBER:LABOA,DERLD MSV
ORE:12/28/2019 DISP:05/11/2019
BK-   BASKERVILLE CORR CEN        Restrict.
      DIAMOND PHARMACY SERVICE 645 KOLT
      800-692-6837 FAX 800-523-0208 50175

For External Use Only. Keep Out Of The
Eyes, Inside Of Nose, Or Mouth



VIRGINIA
DEPARTMENT OF CORRECTIONS

Informal Complaint  866_F3_4-17

## Informal Complaint

**INSTRUCTIONS FOR FILING**: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink.  Only one issue per Informal Complaint.  Place your complaint in the designated area at your facility.  A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake.  If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

**An Informal Complaint is not required for an alleged incident of sexual abuse.**

Mark Lawlor                                         1487162                              3A-6
Offender Name                                  Offender Number                 Housing Assignment

Officer Jordan                                                    12:00 am   November 11, 2019
Individuals Involved in Incident                                 Date/ Time of Incident

☐ Unit Manager/Supervisor          ☐ Food Service            ☐ Institutional Program Manager
☐ Personal Property                      ☐ Commissary              ☐ Mailroom
☐ Medical Administrator               ☒ Other  (Please Specify):  Asst warden

Briefly explain the nature of your complaint (be specific):

On or about the morning of November 11, 2019, officer Jordan searched my locker and box at 12:00 am. The search was for toilet paper. Possession of toilet paper is not an offense under 861.1 operating procedure for the Virginia Baptist Correction The search was retaliation and sleep deprivation.  The officer did not seize any items. The officer is searching my bed area for toilet paper while ignoring smoking in the living area.

Offender Signature _____   Date _____11 - 14 - 19_____

**Offenders - Do Not Write Below This Line**

Date Received: _11-15-19_            RECEIVED            Tracking # BACC-A-INF-00825

Response Due: _11-30-19_        NOV 1? 2019    Assigned to _Lt Bourne /Lt. Thomas_

Action Taken/Response:      Baskerville Grievance
                                            Department
I made a security check of 3A-6 @ 2315 hrs. You complained to me about staff not providing toilet paper upon request. C/o Richardson was given a roll to give to you. C/o Jordan gave it to you and checked your area, to ensure you were actually out. You were already / still awake at that time. A cursory search of this nature is standard, whenever offenders are claiming to be out of provided items, i.e. state clothing, etc.

_Lt R. Bourne_            _C/L R. Bourne_            _18 Nov 19_
Respondent Signature         Printed Name and Title          Date

## WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint.  I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____   Date: _____

Staff Witness Signature: _____   Date: _____

Revision Date: 4/28/17

VIRGINIA
DEPARTMENT OF CORRECTIONS

# Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

An Informal Complaint is not required for an alleged incident of sexual abuse.

Offender Name: _Mark Lowe_  Offender Number: _1489162_  Housing Assignment: _3A-7_

Date/ Time of Incident: _1:00 pm/ 4-9-20_

**Individuals Involved in Incident**

[X] Unit Manager/Supervisor  [ ] Food Service  [ ] Institutional Program Manager
[ ] Personal Property  [ ] Commissary  [ ] Mailroom
[ ] Medical Administrator  [ ] Other (Please Specify): _____

Briefly explain the nature of your complaint (be specific):

_The administrative staff does not have salt or toilet paper for prisoner usage. The shortage is artificial and not caused by COVID-19. It is cruel and very unusual to deny toilet paper._

Offender Signature: _ML_  Date: _4-9-20_

**Offenders - Do Not Write Below This Line**

Date Received: _4-14-2020_  Tracking #: _BACC-20-INF-00270_

Response Due: _4-29-2020_  Assigned to: _Mrs Wynn UM_

Action Taken/Response:

_Toilet paper is available for purchase through Keefe per OP 801.6 Baskerville practice has always been to issue toilet paper once per weekly with all offenders receiving one (1) roll of toilet paper. On date of complaint toilet paper was issued to all offenders. Salt has not been delivered therefore can not be issued (per Food Service). Food Service will address issue._

Respondent Signature: _Debra A Wynn_  Printed Name and Title: _Debra Wynn, Hous Mgr_  Date: _4-16-2020_

**WITHDRAWAL OF INFORMAL COMPLAINT:**

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or grievance on this issue.

Offender Signature: _____  Date: _MAY 08 2020_

Staff Witness Signature: _____  Date: _____

Ombudsman Services Unit
Central Region  Revision Date: 4/28/17

## Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is filed during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.
An Informal Complaint is not required for an alleged incident of sexual abuse.

~~MAY 0 1 2020~~

~~Baskerville Grievance Department~~

| Mark Lowe | 1489162 | 3.A |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

| | 4-30-2020 |
|---|---|
| Individuals Involved in Incident | Date/Time of Incident |

- [ ] Unit Manager/Supervisor
- [ ] Personal Property
- [ ] Medical Administrator
- [ ] Food Service
- [ ] Commissary
- [x] Other (Please Specify): **Warden**
- [ ] Institutional Program Manager
- [ ] Mailroom

**Briefly explain the nature of your complaint (be specific):**

I am the only person in pod or housing unit 3A which Officer Good and Major Hamlett have instructed the staff to deny toilet paper. White prisoners are given toilet paper as needed. The video surveillance system has a record of weekly distribution of toilet paper to all other prisoners. The staff has (1) retaliated against Mark Lowe and (2) irrationally discriminated against Mark Lowe and violated his 14th amendment rights

| Offender Signature | Date 4-30-2020 |
|---|---|

**Offenders – Do Not Write Below This Line**

| Date Received: 5-1-2020 | Tracking # BACC-20-INF-00339 |
|---|---|
| Response Due: 5-16-2020 | Assigned to: Major Hamlette |

**Action Taken/Response:**

During a face to face conversation with Offender Lowe, I informed him that toilet paper is passed out on the night shift once a week on Thursday night, but it he run out before the re-issue time day shift will log it in the control room an issue you a roll of toilet paper. If this happens more than once you will need a Doctor Note.

| Respondent Signature | Printed Name and Title Maj Hamlette | Date 5-11-2020 |
|---|---|---|

**WITHDRAWAL OF INFORMAL COMPLAINT:**

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

| Offender Signature: | Date: |
|---|---|
| Staff Witness Signature: | Date: |

Revision Date: 4/28/17

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
## for the

_Mark Madison Lowe_
_____
Plaintiff                )
                         )
v.                       )     Civil Action No. _____
_Harold Clarke - Director_ )
_____  )
Defendant                )

## WAIVER OF THE SERVICE OF SUMMONS

To: _Mark Herring_
_____
(Name of the plaintiff's attorney or unrepresented plaintiff)

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____          _____
Printed name of party waiving service of summons          Signature of the attorney or unrepresented party

                                                           _____
                                                           Printed name

                                                           _____
                                                           Address

                                                           _____
                                                           E-mail address

                                                           _____
                                                           Telephone number

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

[ Print ]     [ Save As... ]                                    [ Reset ]



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_4-17

# REGULAR GRIEVANCE

Log Number: _____

| Love Mark | 14 8 9/62 | 3A-7 | A-7 |
|---|---|---|---|
| **Last Name, First** | **Number** | **Building** | **Cell/Bed Number** |

| **Individuals Involved in Incident** | 14-9-2020 |
|---|---|
| | **Date/ Time of Incident** |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) The Baskerville Correctional Center ran out of toilet paper. The commissary had no toilet paper. It is cruel and unusual to deny toilet paper. The denial of toilet paper is an artificial crises created by a person who intended to exploit the COVID-19 crises. There is no Dept of Corrections policy which limits prisoners to (I) one roll of toilet paper per week.   BACC-20-INF-00270

**What action do you want taken?** Deploy toilet paper as needed

RECEIVED

MAY 0 8 2020

Ombudsman Services Unit
Central Region

**Grievant's Signature:**   N/A   **Date:** 4-21-2020

RECEIVED

APR 23 2020

Baskerville Grievance
Department

**Warden/Superintendent's Office:**

**Date Received:** _____

1 of 2

Revision Date: 4/28/17

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_4-17

**INSTRUCTIONS FOR FILING**: You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the facility Grievance Office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

| | **INTAKE:** Grievances should be accepted for logging unless returned for the following reason(s): |
|---|---|
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1.<br>☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline*.<br>☐ Matters beyond the control of the Department of Corrections |
| ☐ | Does not affect you personally (This issue did not cause you personal loss or harm) |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☐ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: |
| ☐ | Informal Procedure. You have not used the informal process to resolve your complaint |
| ☑ | Request for services |
| ☐ | Insufficient Information (Not to include Medical). You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: _____ |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |

Institutional Ombudsman/Grievance Coordinator: _SBugg_  Date: _4-23-2020_

| | If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final. |
|---|---|
| | Regional Review of Intake (within 5 working days of receipt) |
| ☑ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure*. |
| ☐ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: _S. Mre-Willes_  Date: _5/8/2020_

**WITHDRAWAL OF GRIEVANCE**: I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file a future grievance in the future on this issue.

Offender Signature: _____  Date: _____

Staff Witness: _____  Date: _____

RECEIVED

MAY 08 2020

Ombudsman Services Unit
Central Region

Revision Date: 4/28/17

① Officer Osborne gave at extra toilet paper on
May 5, 2020  10:45 am

② Officer goode gave out exta toilet pappe at 2:00pm
on May 4, 2020 monday

③ freeman 1:08am freeman goile out tp at
May 3, 2020

④ Sunday 5:39 May 3 toilet paper distrubty

⑤ The od of Jordan distributed Tp at 7:00
April 30, 2020

⑥ extra at 9:00 am April 28, 2020

⑦ Jordan sleep 1:39 am Saturday may
9, 2020

⑧ April 27, 2020  search

⑨ ~~After~~ May 13, 2020 search 8:00 am

**EXHIBIT 12**



VIRGINIA
DEPARTMENT OF CORRECTIONS

Informal Complaint 866_F3_4-17

## Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

**An Informal Complaint is not required for an alleged incident of sexual abuse.**

| Marlo Lowe | 1489162 | 3A |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |
| | | 1 9pin / 9-20-19 |
| Individuals Involved in Incident | | Date/ Time of Incident |

☐ Unit Manager/Supervisor ☐ Food Service ☐ Institutional Program Manager
☐ Personal Property ☐ Commissary ☐ Mailroom
☐ Medical Administrator ☒ Other (Please Specify): _Assist Warden Boon_

Briefly explain the nature of your complaint (be specific):

The 3A staff is not complying with the lights out policy. The staff is turning on the day lights to disrupt sleep. sleep deprivation is against the law. This the 3rd complaint of similar tactics used to attack prisoners. Please sanction the employee(s) and take corrective action.

Offender Signature _____ Date 9-19-19

### Offenders - Do Not Write Below This Line

Date Received: 9/26/19                Tracking # BRCC-19-INP-06098

Response Due: 10/1/19        Assigned to: MS Wynn

Action Taken/Response:

_____

_____

_____

_____

_____

_____

_____

Respondent Signature _____  Printed Name and Title _____  Date _____

RECEIVED
SEP ??
Grievance
Department

**WITHDRAWAL OF INFORMAL COMPLAINT:**
I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _M_____ Date: 10-4-19

Staff Witness Signature: _Debra Wynn_____ Date: 10-4-19

Revision Date: 4/28/17

**EXHIBIT 13**



VIRGINIA DEPARTMENT OF CORRECTIONS

**Disciplinary Offense Report**

861.1 A-1

Report generated by Cooper, W D

Report run on 11/06/2018 at 5:19 PM

---

Case Number: __BACC-2018-0527__   Offender Name: __Lowe, Mark M__   DOC #: __1489162__   Housing: __HU3-A-06T__

Facility: __Baskerville Correctional Center__   Reference: _____

Offense Code: __244__   Offense Title: __Unauthorized use of facility supplies- tools- equipment or machinery__

Offense Date: __11/6/2018__   Approximate Time: __10:00 AM__ Location: __N/A - Law Library__

---

**DESCRIPTION OF THE OFFENSE**
Provide a summary of the details of the offense (i.e.: who, what, when, where, and how; any unusual behavior, any physical evidence and its disposition, and any immediate action taken – including use of force, etc.)

On November 2, 2018 I Sgt. W.P. Hatcher (Investigator) was informed of a letter that was typed and sent to the Regional Office in Richmond, Va. by offender M. Lowe #1489162.A Regional Staff member stated that Legal Court papers are the only documents that can be typed. It was verified that this rule is posted in the Law Library. I Sgt. Hatcher completed my investigation on November 6, 2018. Therefore I charge offender M. Lowe per Operating Procedure 861.1.

[x] **Investigation**   Date Completed: __11/6/2018__   [ ] DESCRIPTION CONTINUED ON ATTACHED PAGE

---

Witnesses: _____   Reporting Officer: __Hatcher, W P__

_____   Title: __Sergeant__

_____   Date: __11/6/2018__   Time: __10:19 AM__

Officer -In-Charge: __Cooper, W D__   Title: __Lieutenant__

OIC Signature: _C. W. Cooy_   Date: __11/6/2018__   Time: __5:17 PM__

---

**ADVISEMENT OF RIGHTS**

By signing below, you indicate your preference regarding the rights indicated. Failure to respond, or indicate a preference, constitutes a **WAIVER** of the first three rights. The following forms are available to the offender **UPON REQUEST** in each housing unit: *Witness Request Form, Documentary Evidence Request Form, and the Reporting Officer Response Form.* The offender must submit these request forms to the Hearings Officer within **48-HOURS** of the charge being served.

| | | | |
|---|---|---|---|
| DO YOU REQUEST A STAFF OR OFFENDER ADVISOR TO ASSIST YOU AT THE HEARING? | [x] Yes | [ ] No | [ ] REFUSED TO RESPOND |
| DO YOU WISH TO REQUEST WITNESSES? | [x] Yes | [ ] No | [ ] REFUSED TO RESPOND |
| DO YOU WISH TO REQUEST DOCUMENTARY EVIDENCE? | [x] Yes | [ ] No | [ ] REFUSED TO RESPOND |
| DO YOU WISH TO WAIVE YOUR RIGHT TO 24-HOUR PREPARATION TIME PRIOR TO THE HEARING? | [ ] Yes | [x] No | [ ] REFUSED TO RESPOND |
| DO YOU WISH TO APPEAR AT THE DISCIPLINARY HEARING?<br>Refusal to appear is an admission of guilt, a waiver of witnesses and the right to a disciplinary hearing. | [x] Yes | [ ] No | [ ] REFUSED TO RESPOND |

YOU HAVE THE RIGHT TO QUESTION REPORTING OFFICER
(In person for Category I Offenses; by submitting a Reporting Officer Response Form for Category II Offenses)

YOU HAVE THE RIGHT TO ENTER INTO A PENALTY OFFER.

YOU MAY REMAIN SILENT. Silence does NOT constitute an admission of guilt.

THE CHARGE MAY BE VACATED AND RE-SERVED AS A DIFFERENT OFFENSE CODE, WHICH CAN BE A HIGHER, EQUIVALENT OR LESSER OFFENSE CODE.

YOU MAY BE FOUND GUILTY OF A LESSER-INCLUDED OFFENSE CODE, IN ACCORDANCE WITH OPERERATING PROCEDURE 861.1

---

**You have been informed of the charges against you, and advised of your rights at the Disciplinary Hearing.**

Served and Witnessed By: _C R Williams_   Offender's Signature: _M_

Print Name: __C R WILLIAMS__   Print Name: __Mark Lowe__

Date of Service: __11-6-2018__   Approximate Time: __1945__

IF OFFENDER REFUSES TO SIGN, SERVING OFFICER WILL CERTIFY REFUSAL: _____

ADVISOR AT SERVICE OF DOR: __SHEPHERD__   FORMS PROVIDED AT SERVICE (IF REQUESTED): [x] Yes [ ] No

Date of Hearing: __11/13/2018__   Revised Date: _____   Revised Date: _____   Revised Date: _____

Rev. 01/01/2016



VIRGINIA DEPARTMENT OF CORRECTIONS

**Penalty Offer**

861.1 A-2

Report generated by Cooper, W D
Report run on 11/06/2018 at 5:19 PM

| | | | | |
|---|---|---|---|---|
| Case Number: | BACC-2018-0527 | Offender Name: | Lowe, Mark M | DOC #: 1489162 | Housing: HU3-A-06T |

Facility: Baskerville Correctional Center     Reference:

Offense Code: 244     Offense Title: Unauthorized use of facility supplies- tools- equipment or machinery

Offense Date: 11/6/2018     Approximate Time: 10:00 AM     Location: N/A – Law Library     Investigation Complete: 11/6/2018

## PENALTY OFFER

The available evidence for this case has been reviewed and you are being offered the following penalty:

Penalty : 1 - Reprimand - 1 - Reprimand

Suspended for (if applicable):

[X] **For the charge of:**    Offense Title: 244 - Unauthorized use of facility supplies- tools- equipment or machinery

[ ] **For the Lesser Included Offense of:**    Offense Title:

Staff Signature: *Lt. W. Cooper*     Date: 11/6/2018     Time: 5:18 PM

Print Name: Cooper, W D     Title: Lieutenant

## CONDITIONS OF PENALTY OFFER

1) ACCEPT — By accepting, I understand I will be pleading guilty to the offense specified in the offer and accept the penalty indicated above and will waive my right to a Disciplinary Hearing, including any right I may have to present witnesses or other evidence on my behalf, as well as any right I may have to ask questions of anyone who may have given a statement against me. I understand that accepting the Penalty Offer is final, and once I have accepted my Penalty Offer, any appeal of this offense will be limited to a determination of (a) whether there was a guilty plea; (b) whether there was an acceptance of a Penalty Offer; or (c) whether there was any serious procedural error. No other reason for an appeal will be considered.

2) DECLINE — If I decline the Penalty Offer, I will be afforded a Disciplinary Hearing. I will have the right to enter a not guilty plea at the hearing, and this Penalty Offer will in no way influence the outcome of the hearing or the severity of any penalty imposed as a result of the hearing.

3) 24 HOURS TO DECIDE — — I understand that I have 24 hours from the date that the charge is served to accept this offer, and I will be provided the opportunity to consult with an advisor, upon request. Any staff member, other than the Hearings Officer, can witness the decision. If I fail to make a decision in 24 hours, I understand that I will be scheduled for a formal Disciplinary Hearing and will not have the option to accept the Penalty Offer prior to the hearing.

## DECISION AT TIME OF SERVICE

[ ] I ACCEPT the Penalty Offer .

[✓] I DECLINE the Penalty Offer. I understand that I will be scheduled for a Disciplinary Hearing.

[ ] I DEFER my decision. I understand that I have 24 hours from the time of service to communicate my intention to accept the Penalty Offer.

By signing below, I acknowledge that I have been advised of my rights:

Offender Signature: *[signature]*   Print Name: Mark Lowe   Date: 11·6·18   Time: 1948

Staff Signature: *[signature]*   Print Name: CR Williams   Date: 11·6·18   Time: 1948

IF OFFENDER REFUSES TO SIGN, SERVING OFFICER WILL CERTIFY REFUSAL:

## OFFENDER DECISION WITHIN 24 HOURS OF SERVICE

[ ] I ACCEPT the Penalty Offer. NOTE: Offender can have any staff member witness this decision and forward the offender's signed copy to the Hearings Officer within 24 hours from the time of service of the Disciplinary Offense Report and Penalty Offer.

Offender Signature:   Print Name:   Date:   Time:

Staff Signature:   Print Name:   Date:   Time:





VIRGINIA
DEPARTMENT OF CORRECTIONS

Reporting Officer Response Form  861_F4_11-15

# Reporting Officer Response Form

Case Number: **BACC-2018- 0527**

Offender Name: **Mark Lowe**   Offender Number: **1489162**   Housing: **3A-6**

Offense Code: **244**   Offense Title: **Unauthorized use of facility-tools-equipment**

Offense Date: **11/6/18**   Approximate Time: **10:00** ☒AM ☐PM   Location: **law library - N/A**

**PART I – INSTRUCTION:** *This form is only used for Category II Offenses.* The Reporting Officer will personally appear at a hearing for a Category I Offense. If you want to cross-examine the Reporting Officer (for a Category II Offense), provide your questions in the space provided below. It is your responsibility to submit this form to the Hearings Officer within **48-hours of service** of the charge.

Reporting Officer: **Sgt Hatcher**   Title: **Sgt**

**PART II – QUESTIONS AND STATEMENT:** Staff may <u>not</u> decline to submit a response to the following question(s). The hearing is scheduled for **unknown**. Reporting Officer must return to Hearings Officer by: ___

**NOTE:** Prior to the Reporting Officer receiving this form, the Hearings Officer will review the questions submitted by the offender to determine relevancy. The Hearings Officer's will indicate their decision by checking the appropriate box provided in the response section for each question and initialing in the designated space provided. If the Hearings Officer determines that a question is not relevant to the offense, the Reporting Officer is not required to answer that particular question.

| Question #1: | Please identify by name, sender, recipient, date, document, and/or record which represents evidence of a crime, incidents and/or violation of Dept of Corrections policies and procedure 244 in this incident ☐ **Relevant** ☐ **Not Relevant**   Hearings Officer Initials: |
|---|---|
| Response #1: | The rules are posted in the Law Library. |
| Question #2: | Please identify by name, title, address, phone, UID or any other unique identifier all parties'persons with knowledge of or witnessed the alleged violation of policy and procedure 244 on November 6, 2018 ☐ **Relevant** ☐ **Not Relevant**   Hearings Officer Initials: |
| Response #2: | The rules are posted in the Law Library. |
| Question #3: | Please identify the Deep Meadows video surveillance system and video archive system; administrator; vendor, service provider, and address of archive and service provider address? ☐ **Relevant** ☐ **Not Relevant**   Hearings Officer Initials: |
| Response #3: | I do not have access to Deep Meadows cameras. |
| Question #4: | Please identify by record and acknowledgement of any ADA training, discrimination training and knowledge of the American with Disability Act law by Sgt Hatcher of Baskerville Correction Center ☐ **Relevant** ☐ **Not Relevant**   Hearings Officer Initials: |
| Response #4: | This does not pertain to the infraction (244). |

| Reporting Officer's Signature: | Print Name: | Date: |
|---|---|---|
| Sgt W.P. Hatcher | Sgt W.P. Hatcher | 11-8-18 |

**DISCIPLINARY OFFENSE REPORT (continued)**

| Case Number: PAC2-2018-0527B | Offender Name: Lower, Mark M | DOC #: 1489162 | Housing: BUS-A-061 |
|---|---|---|---|
| Facility: Baskerville Correctional Center | | Reference: | |

## OFFENDER'S PLEA AND RIGHTS

Hearing Location: Baskerville Correctional Center     Date: 11/13/2018     Time: 2:56 PM

Plea: ☐ Guilty    ☒ Not Guilty    ☐ No Plea

Advisor at hearing: _____

Reason for absence/exclusion of the accused offender:

_____

Was the Reporting Officer present at the Disciplinary hearing?    ☒ Yes   ☐ No

Has there been a denial of requested witnesses?    ☐ Yes   ☒ No

Has there been a denial of Documentary Evidence Forms?    ☐ Yes   ☒ No

## DECISION OF THE HEARINGS OFFICER

☐ Guilty    ☐ Not Guilty    ☒ Dismissed    ☐ Accepted Penalty Offer within 24 Hours of Service

☐ Informal Resolution    ☐ Reduced to Lesser-Included Offense    ☐ Reduced Penalty

☐ Vacated - Offender waived rewrite/reserve of offense    ☐ Vacated for Rewrite/Re-serve

☒ For the charge of:    Offense Title: 244 - Unauthorized use of facility supplies- tools- equipment or machinery

☐ For the Lesser Included Offense of:    Offense Title:

Reason for Decision: BASED ON OFFENDER PRESENTED EVIDENCE ON JP5 PLAYER LETTER WAS SENT OUT TO SECOND PARTY.

Penalty: 1 - Reprimand - 1 - Reprimand

Comment:

Hearing Officer's Signature: _[signature]_    Date: 11/13/2018

Print Name: Jones, V B

## INSTITUTIONAL REVIEW:

☒ Approved    ☐ Dismissed    ☐ Suspended Penalty    ☐ Informal Resolution

☐ Reduced Penalty    ☐ Rehear    ☐ Reduced to Lesser-Included Offense

☒ For the charge of:    Offense Title: 244 - Unauthorized use of facility supplies- tools- equipment or machinery

☐ For the Lesser Included Offense of:    Offense Title:

Comments: _Dismissed by Hearing Officer._

Penalty:

Signature: _R.W. Mitchell_    Date: 11/15/18

Print Name: R.W. Mitchell    Title: AW



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Informal Complaint** 866_F3_4-17

# Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

**An Informal Complaint is not required for an alleged incident of sexual abuse.**

Offender Name _Mark Lawe_   Offender Number _1489162_   Housing Assignment _3A-6_

Individuals Involved in Incident _Officer Jordan_   Date/ Time of Incident _12:00am November 11, 2019_

- [ ] Unit Manager/Supervisor
- [ ] Personal Property
- [ ] Medical Administrator
- [ ] Food Service
- [ ] Commissary
- [x] Other (Please Specify): _Assist worker_
- [ ] Institutional Program Manager
- [ ] Mailroom

Briefly explain the nature of your complaint (be specific):

_On or about the morning of November 11, 2019 officer Jordan searched my locker and bag at 12:00 am. The search was for toilet paper. Possession of toilet paper is not an offense under 861.1 Operating procedure for the Virginia Department of Corrections. The search was retaliation and sleep deprivation. The officer did not seize any items. The officer is searching my bed area for toilet paper while ignoring counting in the living area._

Offender Signature _(signature)_   Date _11-14-19_

### Offenders - Do Not Write Below This Line

Date Received: _11-15-19_    **RECEIVED**    Tracking # _BACC-A-INF-00825_
NOV 15 2019
Baskerville Grievance Department

Response Due: _11-30-19_   Assigned to: _Lt Bourne Lt. Thomas_

Action Taken/Response:

_I made a security check_ _2315 hrs. You complained to me about staff not providing toilet paper upon request. C/o Richardson was given a roll to give to you. C/o Jordan gave it to you and checked your area, to ensure you were actually out. You were already / still awake at that time. A cursory search of this nature is standard whenever offenders are claiming to be out of provided items, i.e. state clothing, etc._

Respondent Signature _Lt R Bourne_   Printed Name and Title _C/o R. Bourne_   Date _18 Nov 19_

## WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____   Date: _____

Staff Witness Signature: _____   Date: _____

Revision Date: 4/28/17



## COMMONWEALTH of VIRGINIA

**George Hinkie**
**Regional Operations Chief**

*Department of Corrections*

Central Region

9503 A Hull Street Road
Richmond, Virginia 23236
TELEPHONE: (804) 674-3008
FAX: (804) 674-3021

[The body of this letter is too faded to read reliably. Partial legible fragments follow:]

... correspondence may be grieved, if you are within the 30-day time limit as specified in ... "Offender Grievance Procedure". There is no appeal of informal complaints at this level.

... on the reverse side of the regular grievance form.

... of an emergency grievance.

... the original grievance form with the Level 1 response and your reasons ... formal complaint materials and supporting documents. Return the requested material ... within five (5) calendar days of receipt of this notice.

... do not use vulgar, insolent, or threatening language in grievance appeals. Remove/strike out ... within five (5) calendar days of receipt ...

... received in this Office on 8/30/2019 exceeded the five (5)-calendar day time limit. According to ... the Level 1 Response was mailed to you on 08/15/2019. No further response will be ...

... regarding actions/decisions of the Central Classification and Records Unit are responded to by the ... Richmond, Virginia 23261.

... with ... procedures, and medical/dental/mental health care are responded to by the, ... P.O. BOX 26963, RICHMOND, VIRGINIA 23261.

... your complaint/grievance by use of the Offender Grievance Procedure according to Operating ... If you have trouble with the process, please send a request form to your Institutional ...



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Informal Complaint** 866_F3_4-17

# Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.
**An Informal Complaint is not required for an alleged incident of sexual abuse.**

Offender Name _Mark Lowe_   Offender Number _1459162_   Housing Assignment _3A-7_

Individuals Involved in Incident _Food Manager Ogonski_   Date/ Time of Incident _6:45am 2-3-2020_

- [ ] Unit Manager/Supervisor
- [ ] Personal Property
- [ ] Medical Administrator
- [x] Food Service
- [ ] Commissary
- [x] Other (Please Specify): _Hite_
- [ ] Institutional Program Manager
- [ ] Mailroom

Briefly explain the nature of your complaint (be specific):

_The food Manager served ½ servings of fruit on March 3,2020 during the full 1st meal. The menu does not authorize half serving size for fruit. The staff did not measure the fruit prior to serving items on the tray. The fruit is random in size. The conduct of the staff is waste, fraud, and abuse_

Offender Signature _ML_   Date _3-3-20_

### Offenders - Do Not Write Below This Line

Date Received: _3-4-2020_   Tracking # _BACC-20-INF-00186_

Response Due: _3-19-2020_   Assigned to: _PSD Mr Hite_

Action Taken/Response:

_Per dietician Mrs. Gregg you are to receive 4oz of fruit. The apples weighed 10 oz's, so by Ms. O. slicing them in half you received. 5oz's of fruit_

Respondent Signature _M Hite_   Printed Name and Title _H. Hite_   Date _3/4/2020_

## WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____   Date: _____

Staff Witness Signature: _____   Date: _____

Revision Date: 4/28/17

**EXHIBIT 14**   Food Issues

Mark Love - 1489162
Baskerville Correctional
Center
4150 Hayes Mill Road
Baskerville Va 23915

February 29, 2020

Regional Ombudsman
Dept of Corrections
9503 - A Hull Street Road
Baskerville Va 23915

Subject: Kitchen

To Whom it May Concern,

The kitchen staff did not serve the required starch 'Mac and Cheese' on February 21, 2020. Please check the surveillance video. Multiple staff members and Security received complaints of denial of the required meal-calories. Please audit the kitchen and confirm prisoner(s) are receiving the food purchased. We are not! The food purchased under the Dept of Corrections budget is not being distributed to prisoner. Please refund me the daily cost of food.

Sincerely

RECEIVED
MAR 3 2020
Ombudsman Services Unit
Central Region



VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_4-17

# REGULAR GRIEVANCE

Log Number: _____

| Lowe    Mark | 1489162 | 3A - 7 | |
|---|---|---|---|
| Last Name, First | Number | Building | Cell/Bed Number |

| Johnson, Food Manager | |
|---|---|
| Individuals Involved in Incident | Date/ Time of Incident  2-21-20 |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) The Food Manager, Johnson refused to provide "Mac and cheese", as required by the Baskerville Correctional Center Menu. There was no alternative offered by the Manager. The Manager refused to take corrective action. This is the third of multiple incidents with multiple witnesses. I spoke with Mrs H.te today February 26, 2020. BACC -20-INF-00175

RECEIVED

MAR 1 3 2020

Ombudsman Services Unit
Central Region

**What action do you want taken?** Sanctions against the staff

| Grievant's Signature: | RECEIVED | Date: 2-26-20 |
|---|---|---|
| Warden/Superintendent's Office: | FEB 2 8 2020 | |
| Date Received: | Baskerville Grievance Department | |

Revision Date: 4/28/17



**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

**Informal Complaint** 866_F3_4-17

## Informal Complaint

**INSTRUCTIONS FOR FILING**: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.
**An Informal Complaint is not required for an alleged incident of sexual abuse.**

| | | |
|---|---|---|
| Mark Lowe | 1489162 | 3A - 7 |
| Offender Name | Offender Number | Housing Assignment |
| Johnson | | 1. 2-21-20 |
| Individuals Involved in Incident | | Date/ Time of Incident |

☐ Unit Manager/Supervisor  ☒ Food Service  ☐ Institutional Program Manager
☐ Personal Property  ☐ Commissary  ☐ Mailroom
☐ Medical Administrator  ☐ Other (Please Specify): _____

Briefly explain the nature of your complaint (be specific):

The Food Manager, Johnson, refused to provide Mac + cheese, as required by the Baskerville Corrections Menu. There was no alternative. The manager refused to take any corrective action. This is the 3rd of multiple incidents. The staff has stacked retaliation for complaints

Offender Signature _____ Date 2-21-20

**Offenders Do Not Write Below This Line**

Date Received: 2-25-2020   ~~RECEIVED FEB 25 2020 Baskerville Grievance Department~~   Tracking # BACC-20-INP 00175

Response Due: 3-1-2020   Assigned to: Ms Hite, FSD

Action Taken/Response:

Menu's are subject to change. You were provided a starch for a starch at meal time. Thank you for your concern.

**RECEIVED**
MAR 1 3 2020
~~Ombudsman Services Unit~~
~~Central Region~~

M. Hite   H. Hite   2/25/2020
Respondent Signature   Printed Name and Title   Date

**WITHDRAWAL OF INFORMAL COMPLAINT:**
I wish to voluntary withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____   Date: _____

Staff Witness Signature: _____   Date: _____

**RECEIVED**
FEB 2 8 2020
Baskerville Grievance
Department

*Revision Date: 4/28/17*

VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_4-17

## REGULAR GRIEVANCE

Log Number: _____

| Last Name, First | | Number | Building | Cell/Bed Number |
|---|---|---|---|---|
| Lowe Mark | | 1489162 | 3A | 7 |

| Individuals Involved in Incident | Date/Time of Incident |
|---|---|
| Hite | 4-21-2020 |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process. Attach Informal Complaint response or other documentation of informal process.) Mr. Bugg please assign a number to this complaint and respond in compliance with the Prison Litigation Act,

Salt and pepper has been provided (1) ounce in the last three weeks for prisoners. The staff is required to provide salt and pepper. The current shortage is artificial and created while exploiting the COVID-19 crises. The denial of salt adversely affects the immune systems of prisoners,

**What action do you want taken?** Please distribute salt and pepper

RECEIVED

MAY 08 2020

Ombudsman Services Unit
Central Region

Grievant's Signature: _____ RECEIVED    Date: 4-21-20-20

Warden/Superintendent's Office

Date Received: _____    APR 23 2020

~~~~~ Grievance
~~~~~
1 of 2

Revision Date: 4/28/17

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_4-17

**INSTRUCTIONS FOR FILING:** You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the facility Grievance Office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

**INTAKE:** Grievances should be accepted for logging unless returned for the following reason(s):

| | |
|---|---|
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1.<br>  ☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline*.<br>  ☐ Matters beyond the control of the Department of Corrections |
| ☑ | Does not affect you personally (This issue did not cause you personal loss or harm) |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☐ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: |
| ☐ | Informal Procedure. You have not used the informal process to resolve your complaint |
| ☐ | Request for services |
| ☐ | Insufficient Information (Not to include Medical). You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |

*RECEIVED MAY 8 2020 Ombudsman Services Unit Central Region*

Institutional Ombudsman/Grievance Coordinator: *G. Brag*     Date: 4-23-2020

If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.

Regional Review of Intake (within 5 working days of receipt)

| | |
|---|---|
| ☑ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure*. |
| ☐ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: *S. Mae-Wills*     Date: 5/8/2020

**WITHDRAWAL OF GRIEVANCE:** I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: _____     Date: _____

Staff Witness: _____     Date: _____

*Revision Date: 4/28/17*

VIRGINIA
DEPARTMENT OF CORRECTIONS

Informal Complaint 866_F3_4-17

# Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably one in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.
**An Informal Complaint is not required for an alleged incident of sexual abuse.**

| Mark Lowe | 1489162 | 3A |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

| Hite | 1-4-11-20 |
|---|---|
| Individuals Involved in Incident | Date/ Time of Incident |

☐ Unit Manager/Supervisor   ☒ Food Service   ☐ Institutional Program Manager
☐ Personal Property   ☐ Commissary   ☐ Mailroom
☐ Medical Administrator   ☐ Other (Please Specify): _____

Briefly explain the nature of your complaint (be specific):

Pursuant to notice from D.O.C., all meals are required to be served with salt and pepper. The Baskerville prison population has not had access to salt and pepper for 1 week or more with the meals. Please comply with D.O.C. policy and serve salt and pepper

| Offender Signature _ML_ | Date 4-11-20 |
|---|---|

### Offenders – Do Not Write Below This Line

Date Received: _____   Tracking # _____

Response Due: _____   Assigned to: _____

Action Taken/Response:

We have started again serving salt & pepper. Thank you for your concern.

| _signature_ | H. Hite 75D | 4/21/2020 |
|---|---|---|
| Respondent Signature | Printed Name and Title | Date |

## WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____   Date: _____
Staff Witness Signature: _____   Date: _____

RECEIVED
APR 23 2020
Baskerville ____
Department

RECEIVED
MAY 08 2020
Ombudsman Services Unit
Central ____

Mark Lowe- 1489162
Baskerville Correctional Center
4150 Hayes Mill Road
Baskerville Va 23915

March 6, 2020

Regional Ombudsman
9503 -A Hull Street Road
North Chesterfield, Va 23236

Subject: BACC-20-INF-00186

RECEIVED
MAR 1 1 2020
Ombudsman Services Unit
Central Region

To Whom it May Concern,

The Baskerville Corrections administrative staff refuses
to distribute food in the correct quantity and quality

On or about March 3, 2020, the staff cut irregular shaped
Apples in half and served the items as fruit. The serving
size was below the required amount. The Apple halfs included
the core which is not edible.

The core and halfs were alleged to be 5oz. The staff is
required to serve 5oz of food which is prepared and can
be digested. If the staff continues to remove starches
etc. from the food tray. I will contact waistenfraud and
abuse. Please resolve the issue. There have been multiple
incidents.

Sincerely



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_4-17

**INSTRUCTIONS FOR FILING:** You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the facility Grievance Office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

**INTAKE:** Grievances should be accepted for logging unless returned for the following reason(s):

| | |
|---|---|
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1. <br> ☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline*. <br> ☐ Matters beyond the control of the Department of Corrections |
| ☑ | Does not affect you personally (This issue did not cause you personal loss or harm) |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☐ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to |
| ☐ | Informal Procedure. You have not used the informal process to <u>resolve</u> your complaint |
| ☐ | Request for services |
| ☐ | Insufficient Information (Not to include Medical). You need to provide the following information to the Grievance Office |
| ☐ | within 5 days before the grievance can be processed: _____ |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |

Institutional Ombudsman/Grievance Coordinator: _~~G. Bures~~_  Date: _2-28-2020_

RECEIVED MAR 13 2020 Ombudsman Services Unit Central Region

If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.

Regional Review of Intake (within 5 working days of receipt)

| | |
|---|---|
| ☑ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure*. |
| ☑ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: _S. Mor-Willis_  Date: _3/13/2020_

**WITHDRAWAL OF GRIEVANCE:** I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: _____  Date: _____

Staff Witness: _____  Date: _____

2 of 2  *Revision Date: 4/28/17*

Exhibit 50   Harold Clarke   Memorandum



# COMMONWEALTH OF VIRGINIA
## *Department of Corrections*
### *Division of Institution*

Earl R. Barksdale
Warden

BASKERVILLE CORRECTIONAL CENTER

4150 Hayes Mill Road
Baskerville, Va., 23915

July 2, 2020

TO:     **OFFENDER POPULATION**

FROM:   Earl Barksdale Warden (signature on file)

SUBJECT: Drinking Water Restriction

Baskerville Correctional Center has been informed by the county that a water line has busted. Effective July 3, 2020 at 12:00 a.m. offenders are required to refrain from drinking the water unless it is boiled. This mandate is in effective until Monday July 6, 2020.

Drinking water will be delivered to each housing unit effective tonight at 12:00 a.m.

cc: Warden Barksdale
    Assist. Warden Boone
    Major D. Hamlette
    Unit Manager D. Wynn
    IPM J. Fields
    Operations G. Bugg
    Watch Office

Exhibit 50   Harold Clarke   Memorandum



# COMMONWEALTH OF VIRGINIA
## *Department of Corrections*
### *Division of Institution*
BASKERVILLE CORRECTIONAL CENTER

Earl R. Barksdale
Warden

4150 Hayes Mill Road
Baskerville, Va., 23915

July 2, 2020

TO:        **OFFENDER POPULATION**

FROM:     Earl Barksdale Warden (signature on file)

SUBJECT: Drinking Water Restriction

Baskerville Correctional Center has been informed by the county that a water line has busted. Effective July 3, 2020 at 12:00 a.m. offenders are required to refrain from drinking the water unless it is boiled. This mandate is in effective until Monday July 6, 2020.

Drinking water will be delivered to each housing unit effective tonight at 12:00 a.m.

cc:  Warden Barksdale
     Assist. Warden Boone
     Major D. Hamlette
     Unit Manager D. Wynn
     IPM J. Fields
     Operations G. Bugg
     Watch Office



VIRGINIA
DEPARTMENT OF CORRECTIONS                    **Emergency Grievance** 866_F4_4-16

## Emergency Grievance        Log # 10135

*Emergency Grievances* are provided for offender reporting and expedited staff responses to allegations that an offender is subject to a substantial risk of imminent sexual abuse and to situations or conditions which may subject the offender to immediate risk of serious personal injury or irreparable harm.

Mark Lowe                    1489162   Baskerville Corrections  3A-7
Offender Last Name    First    Number    Facility    Building-Cell/Bed

### PART A- OFFENDER CLAIM

What is the emergency? The locality has issued a water emergency notice July 2, 2020. The water is not drinkable. The water must be boiled. The security staff is terminating power to the microwave and refusing to provide water in retaliation. The incident represents malicous indifference to serious medical needs. The staff has a wanton desire to harm prisoners.

_July 2, 2020_ _____    _____
Date/Time                    Offender Signature and Number

### PART B- STAFF RESPONSE
(This part is to be completed and returned to the offender within eight (8) hours.)

[✓] Your grievance does not meet the definition for an emergency. Action Taken/Recommended:

[ ] Submit Informal Complaint    [ ] Evaluated by Medical: Date Seen _____
[ ] Submit Sick Call Request    [ ] Send an Offender Request To: _____
[ ] Submit Request to Dental    [ ] Other  (Provide detailed explanation below)

_____
_____
_____

[ ] Your grievance has been determined to be an emergency and the following action has been taken:
[ ] Sent to Hospital: Date Transported    [ ] Other  (Provide detailed explanation below)

_____
_____

_7-3-2020  0308_        _M_____        _M_____
Date/Time            Respondent Signature            Name/Title Printed

[ ] **PREA** - Alleged incident of sexual abuse or sexual harassment; Shift Commander, Facility Unit Head or Administrative Duty Officer, and facility PREA Compliance Manager notified

Alleged sexual abuse or sexual harassment  [ ]  Will be referred for Investigation

Determination by: _____
                        Signature        Name/Title Printed        Date/Time

Distribution:   Original Grievance returned to Offender, Copy forwarded to Institutional Ombudsman/Grievance Coordinator

Exhibit 57



# COMMONWEALTH of VIRGINIA

*Department of Corrections*

HAROLD W. CLARKE
DIRECTOR

P. O. BOX 26963
RICHMOND, VIRGINIA 23261
(804) 674-3000

April 1, 2020 (Revision)
~~March 27, 2020~~
~~March 24, 2020~~

## MEMORANDUM

To:        Inmate Population

From:    Harold W. Clarke
           Director of Corrections

Subject:    COVID-19 Sneeze Guards

Virginia Department of Corrections continues to be proactive in providing resources for our staff and inmate population.  While the Sneeze Guard will not avoid exposures to all hazards, it will provide an added level of protection and should provide an additional level of comfort.

Two Sneeze Guards were provided to each inmate.  **All inmates are now required to wear their Sneeze Guards at all times unless instructed to remove it by a staff member**.  Each inmate will be responsible for maintaining and laundering their provided guards.  In the event the Sneeze Guard becomes unserviceable, inmates may request a replacement mask from their Unit Manager.

Please follow the procedure for proper application of the Sneeze Guard:

- Wash hands prior to putting on the guard
- Place the seam upward with the seam on the bridge of the nose
- Place the loop over the head, resting on the ears
- Wash hands after removing the guard
- Used guards shall be treated as infectious and laundered daily using hot water and **LOW heat settings.**

The Sneeze Guard is providing an added level of protection but should not be worn in place of PPE in situations where PPE is required.  Sneeze Guards are not considered PPE since their capability to protect is unknown.

5A-9



# COMMONWEALTH of VIRGINIA

### *Department of Corrections*
## Lunenburg Correctional Center

Mack A. Bailey, Jr.
Warden

690 Falls Road
Victoria, VA 23974-0650
434-696-2045

TO:        Inmate Population

FROM:    M. A. Bailey, Warden

SUBJECT:  PureWash Pro Laundry System

Over the past week my office has received numerous correspondence concerning the usage of hot/cold water when doing laundry.

In accordance with the manufacturer, the pureWash Pro system cleans clothes with the disinfecting power of oxygen, not detergent. It is clinically proven to eliminate 99.9% of bacteria and mold and requires only **Cold** water.   Below is a diagram of how the pureWash Pro works:

pureWash Pro creates ozone by using a small electrical spark that takes a simple O2 molecule and creates an O3 molecule. The third oxygen atom is weaker, and quickly seeks out bacteria, viruses, or other contaminants to attach itself to. Once the single oxygen atom binds itself to the cell of the contaminant, it immediately destroys it. This powerful oxidation process cleans and destroys bacteria, mold, odors, stains, viruses, parasites, oils, greases, and organic soils. The ozone then reverts back to pure oxygen and disappears without a trace of ever being used.



Exhibits 50 Medical Records

Pt Name:  **LOWE, MARK**
MRN:  **4623271**
FIN #:  **706802276761**

Reg Dt:  **7/31/2020**
Disch Dt:  **8/3/2020**



VCU Medical Center
Richmond, Virginia

Document Type:
Electronically Signed
By:

ED Provider First Contact

Date/Time:

7/31/2020 14:22 EDT

```
        ED Provider First Contact
 07/31/20 14:22 EDT Performed by SAUER MD, JEREMY I
    Entered on 07/31/20 14:22 EDT
```

```
ED Provider First Contact
------------------------
ED Provider First Contact            07/31/20 14:22
```

Document Type:
Electronically Signed
By:

Emergency Department Visit Note          Date/Time:        7/31/2020 16:26 EDT
ROBERTS PA,LAURA M (7/31/2020 18:43 EDT); ROBERTS PA,LAURA M (7/31/2020 17:47
EDT); TROENDLE MD,MICHELLE M (7/31/2020 17:27 EDT); ROBERTS PA,LAURA M
(7/31/2020 17:19 EDT); Smith SCRIBE,Derek M (7/31/2020 16:47 EDT); ROBERTS PA,LAURA
M (7/31/2020 16:29 EDT)

**Trauma *ED**

Patient:  **LOWE, MARK**      MRN: 4623271      FIN: 706802276761
Age:  **49 years**  Sex: M   DOB: 03/22/1971
Associated Diagnoses:  **None**
Author:  **ROBERTS PA, LAURA M**

**Basic Information**
    **Time seen:** Date & time 07/31/20 16:26:00.
    **History source:** Patient.
    **Arrival mode:** Private vehicle.
    **History limitation:** None.
    **Additional information:** R jaw fx.

**History of Present Illness**
    MARK LOWE  is a 49 y/o incarcerated male with no PMHx who presents ambulatory to ER c/o R jaw pain beginning
this morning. Patient reports he was hit in the R side of the face with a padlock around 0600 this morning. Denies LOC.
Patient reports constant jaw pain since the incident, with difficulty opening his mouth. Denies any other injury sustained
during the incident. Patient specifically denies any fevers, chills, nausea, vomiting, chest pain, shortness of breath,
headache, rash, diarrhea, abdominal pain, urinary/bowel changes, sweating or weight loss. Patient has no further
complaints.

**Review of Systems**
    **Constitutional symptoms:** No fever, no chills.

Pt Name: **LOWE, MARK**
MRN: **4623271**
FIN #: **706802276761**

Reg Dt: **7/31/2020**
Disch Dt: **8/3/2020**


VCU Medical Center
Richmond, Virginia

---

## OPERATIVE AND PROCEDURE NOTES

**Patient Name:** LOWE, MARK
**Procedure Date:** 08/03/2020

**MR#:** 4623271

**PRIMARY SURGEON:** Christopher Kandl, MD

**ASSISTANT SURGEON:** Michael Bauschard MD.

**PROCEDURES PERFORMED:**
1. Maxillomandibular fixation.
2. Open reduction, internal fixation of right mandibular angle fracture, via submandibular approach.

**FINDINGS:**
1. Right angle fracture
2. Good return to baseline occlusion, status post open reduction and internal fixation.

**ESTIMATED BLOOD LOSS:** 30 mL.

**FLUIDS:** 1200 mL.

**URINE OUTPUT:** No Foley.

**SPECIMENS REMOVED:** None.

**POSTOPERATIVE DIAGNOSIS:** Right mandibular angle fracture.

**INDICATIONS FOR PROCEDURE:** Mr. Mark Lowe is a 49-year-old male inmate, who was struck with a fist and suffered malocclusion afterwards. He was found to have a fracture of the angle of his right mandible. He agrees to the risks and benefits of surgery to help improve his occlusion and reduce trismus.

**DESCRIPTION OF PROCEDURE:** Patient was met in the preop holding area, at which time the history and physical were updated. He was brought to the operating room, placed supine on the operating table, and general anesthesia was induced. The patient was nasotracheally intubated without difficulty. The patient was rotated 90 degrees to the ENT team. Dr. Kandl then performed an operative time-out, at which time he verified the patient's site, laterality, and procedure.

We 1st inserted Karlis screws just medial to the upper and lower canine teeth, a total of four.

We then turned our attention to the right neck. We made an approximately 4 cm wide horizontal incision, approximately 2 fingerbreadths inferior to the angle of the mandible. We dissected down through the skin with a #15 blade, dissecting down further with Bovie electrocautery through the fat and platysmal planes. We then identified the deep investing fascia. We dissected through this, identifying the facial vein and fascia overlying the submandibular gland. We divided the fascia inferior to the submandibular gland, as well as the facial vein, and reflected this upwards, preserving the marginal mandibular nerve.

---

Pt Name:   **LOWE, MARK**
MRN:        **4623271**
FIN #:       **706802276761**

Reg Dt:    **7/31/2020**
Disch Dt:  **8/3/2020**


VCU Medical Center
Richmond, Virginia

## OPERATIVE AND PROCEDURE NOTES

We were then able to visualize the inferior border of the mandible. We bovied the overlying fascia overlying the mandible. We were then able to dissect, with a #9 dissector, the soft tissues adherent to the lateral border of the mandible overlying our fracture site. This gave us excellent visualization of the fracture line, including the ramus of the mandible and 3 cm of bone anterior to the fracture. We used a 6-hole, with a middle span or gap, 2 mm thickness plate for fixation. We placed this over the fracture line.

We then turned our attention back to the oral cavity, where we placed the patient in maxillomandibular fixation using 24-gauge wires and our previously inserted Karlis screws, until the patient's occlusion appeared to be consistent with his baseline. Per the patient's history, the patient said he had an underjet, and his wear facets were consistent with this. We found we obtained apparent baseline occlusion with his molar teeth with a class III occlusion upon placing the maxillomandibular fixation.

We turned our attention back to our exposed mandible via the neck incision. We locked our plate onto the mandible using a clamp and we drilled holes for our screws. We placed the appropriate length screws to achieve bicortical fixation of our plate, placing 3 screws on either side of the fracture line, for a total of 6 screws. We could appreciate excellent purchase of the screws and tight fixation of our fracture, as well as an excellent reduction of the exposed fracture line.

We turned our attention back to the oral cavity, where we removed our 24-gauge wires and took the patient out of maxillomandibular fixation. We then ranged his jaw, and found that his occlusion was still at his preinjury baseline. With this, we were satisfied with our reduction.

We closed our neck surgical bed, placing sutures in the deep fascia, followed by deep dermal sutures, and a running 5-0 continuous fast gut suture to close the skin. The Karlis screws were removed using a screwdriver. This concluded the procedure.

Patient was turned back to the anesthesia team for successful emergence and extubation at the end of the case. He was transported to the PACU in stable condition.


Michael James Bauschard, MD




MJB/MedQ D08/03/2020 T08/03/2020 R
J733635/888364823


**********************************************************************************************
BEGIN ATTENDING DOCUMENTATION
**********************************************************************************************

Pt Name: **LOWE, MARK**
MRN: **4623271**
FIN #: **706802276761**

Reg Dt: **7/31/2020**
Disch Dt: **8/3/2020**


VCU Medical Center
Richmond, Virginia

---

### OPERATIVE AND PROCEDURE NOTES

**Teaching physician note:** I was present for the entire procedure.

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

END ATTENDING DOCUMENTATION
•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

### DEPART SUMMARY

Document Type: Emergency Depart Summary                Date/Time:            7/31/2020 20:13 EDT
Electronically Signed     Wilson RN,William T (7/31/2020 20:13 EDT); Wilson RN,William T (7/31/2020 20:11 EDT);
By:                       Wilson RN,William T (7/31/2020 19:05 EDT)

**Emergency Depart Summary**

## VCU/MCV Emergency Department Depart Summary

### PERSON INFORMATION

| | | |
|---|---|---|
| **Name** LOWE, MARK | **Age** 49 Years | **DOB** 03/22/1971 |
| **Sex** M | **Language** English | **PCP** SELF MD, REFERRED |
| **Marital Status** Divorced | **Phone** 4344473857 | **Time Zone** America/New_York |
| **MRN** 4623271 | **Visit Id** 1642378 | **Acct #** 706802276761 |
| **Visit Reason** jaw injury/fx | **Specialty** | **Referred by** ED-Community Memorial Hospital |
| **Enc Type** IP | **Med Service** IP-Otolaryngology | **Dispo Type** |
| **Track Group** ED | **ED Arrival** 07/31/20 14:08:00 | **LOS** 000 06:05 |
| **Tracking Id** 169398080 | **ED Checkout** 07/31/20 20:11:45 | **Attending MD** KANDL MD, CHRISTOPHER J |
| **Discharge** | **Acuity** 3-Semi-Urg | **Reg Status** F-Full Reg Done |
| **TRAUMA ALERT:** | | |
| **Address:** | | |

4150 HAYES MILL RD BASKERVILLE Virginia 23915
### PROVIDER INFORMATION

| Provider | Role | Assigned | Unassigned |
|---|---|---|---|
| SAUER MD, JEREMY T | Provider in Triage | 07/31/20 14:22:25 | |
| Wilson RN, William T | ED Nurse | 07/31/20 15:53:43 | |
| ROBERTS PA, LAURA | MED Resident | 07/31/20 16:20:02 | |

### POWERFORMS

**Nurse Disposition - VCUHS ED**
**ED Dispo, Disposition:** Inpatient

---

Pt Name:  **LOWE, MARK**
MRN:      **4623271**
FIN #:    **706802276761**

Reg Dt:   **7/31/2020**
Disch Dt: **8/3/2020**


VCU Medical Center
Richmond, Virginia

## DEPART SUMMARY

### Implanted
**Open Reduction Internal Fixation Mandibl**
Mandible
- 6 HOLE CURVED PLATE (92-20536) 08/03/2020
- SCREW LEIB LCKNG 2.0X8MM 5020508 (2), 08/03/2020
- SCREW LEIB LCKNG CROSSPIN 2.0X12MM 5020512 08/03/2020
- SCREW LEIB LCKNG TITANI 2.0X10MM 5020510 (2), 08/03/2020
- SCREW LEIB LCKNG TITANIUM 2.0X6MM 5020506 08/03/2020

### Removed
Mandible
- SCREW 8MM MXLMNDB BONE TI (5020358) (4), 08/03/2020

## Additional Information

Call your doctor if you have changes in your mental health status (unusual behavior, confusion, feelings or thoughts of suicide). You may also call the National Suicide Prevention Lifeline. This is a 24-hour, toll-free suicide prevention service available to anyone in suicidal crisis. If you need help, please dial 1-800-273-TALK (8255). You will be routed to the closest possible crisis center in your area.

If you have heart failure follow the instructions from your provider. Remember to weigh yourself every morning after you go to the bathroom and write the result in a daily log. If you gain 4-5 pounds or more in a week, call your doctor.

If you or a member of your household currently smoke, or have smoked within the past 12 months, you and/or your household member are advised to quit smoking. Please ask your healthcare provider for more information. For further resources in the community visit the Smoke-Free Virginia website (www.smokefreevirginia.org) or call 1-877-856-5177.

## Education Materials

### Mandibular Fracture

A mandibular fracture is a break in the jawbone. Surgery is often needed to put the jaw back in the right position. Wires may be placed around the teeth to hold the jaw in place while it heals.

Pt Name: **LOWE, MARK**
MRN: **4623271**
FIN #: **706802276761**

Reg Dt: **7/31/2020**
Disch Dt: **8/3/2020**


VCU Medical Center
Richmond, Virginia

## DEPART SUMMARY



### HOME CARE
- Put ice on the injured area.
- —46 Put ice in a plastic bag.
- —46 Place a towel between your skin and the bag.
- —46 Leave the ice on for 15-20 minutes, 03-04 times a day. Do this for the first 2 days.
- Only take medicines as told by your doctor.
- Eat soft or liquid foods as told by your doctor. Eat plenty of protein.
- If your jaws are wired, follow your doctor's directions for wired jaw care.
- Sleep on your back to avoid putting pressure on your jaw.
- Avoid exercising so hard that you become short of breath.

### GET HELP RIGHT AWAY IF:
- You have a fever.
- You have trouble breathing.
- You feel like your airway is tight.
- You cannot swallow your spit (*saliva*).
- You make a high-pitched whistling sound when you breathe (*wheezing*).
- You have a bad headache or lose feeling in your face (*numbness*).
- You have bad jaw pain that does not get better with medicine.
- Your jaw wires become loose.
- You feel sick to your stomach (*nauseous*) or worried (*anxious*).
- Your puffiness (*swelling*) or redness gets worse.

### MAKE SURE YOU:
- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.