Mark Lowe 1489162
Lunenburg Correctional Center
690 Falls Road
Victoria, Via 23974



December 22, 2019

Clerk of The United States District Court
Suite 3000
701 East Broad Street
Richmond, Va 23219

Subject: Lowe v. Dept of Corrections 3:20cv390

Attention Mr. Fernando Galindo,

Please find attached a 'Particularized Complaint for Civil Action.' Please note my objection. I have no meaningful access to a law library. citing Bounds v. Smith, 430 U.S. 817, 828 (1977)

Sincerely,


Mark Lowe